UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

       Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

       Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon: Jane M. Beckering

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>Grant M. Vlahopoulos (P85633)<br>Kara F. Krause (P85487)<br>Brendan J. Childress (P85638)<br>HURWITZ LAW PLLC<br>*Attorneys for Plaintiffs*<br>340 Beakes St., Ste. 125<br>Ann Arbor, MI  48104<br>(844) 487-9489<br>Noah@hurwitzlaw.com<br>Grant@hurwitzlaw.com<br>Kara@hurwitzlaw.com<br>Brendan@hurwitzlaw.com<br><br>James A. Thomas (P80931)<br>JIMMY THOMAS LAW<br>Attorneys for Plaintiffs<br>1925 Breton Rd. SE, Ste. 250<br>Grand Rapids, MI 49506<br>(616) 747-1188<br>jimmy@jimmythomaslaw.com | Maurice G. Jenkins (P33083)<br>Allan S. Rubin (P44420)<br>Elyse K. Culberson (P82132)<br>JACKSON LEWIS P.C.<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>Maurice.jenkins@jacksonlewis.com<br>Allan.rubn@jacksonlewis.com<br>Elyse.culberson@jacksonlewis.com<br>Attorneys for Defendants<br><br>Patricia Pryor<br>Jackson Lewis P.C.<br>201 E. Fifth Street, 26th Floor<br>Cincinnati, OH 45202<br>(513) 898-0050<br>Patricia.pryor@jacksonlewis.com |

### [PROPOSED] STIPULATED ORDER HOLDING DEFENDANTS' MOTION TO DISMISS [ECF NO. 38] IN ABEYANCE

     This matter having come before this Court pursuant to the stipulation of the parties, and this Court being otherwise fully advised;

WHEREAS, on November 17, 2022, Defendants filed the Motion to Dismiss Plaintiffs' Second Amended Complaint, ECF No. 38.

WHEREAS, the Parties believe it would be in the interest of judicial economy for the Court to refrain from adjudicating Defendants' Motion to Dismiss at this time.

IT IS ORDERED that the Court's ruling on Defendants' Motion to Dismiss [ECF No. 38] will be held in abeyance for at least 90 days per stipulation of the Parties.

IT IS SO ORDERED.

Dated: _____     _____
                                           U.S. DISTRICT COURT JUDGE

Stipulated and Agreed to:

/s/ Noah S. Hurwitz
Noah S. Hurwitz (P74063)
HURWITZ LAW PLLC
Attorneys for Plaintiffs
340 Beakes Street, Suite 125
Ann Arbor, MI 48103
(844) 487-9489
noah@hurwitzlaw.com

/s/ Patricia Pryor *(w/consent)*
Patricia Pryor
JACKSON LEWIS P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
(513) 898-0050
Patricia.pryor@jacksonlewis.com