UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al.,

    Plaintiffs,

v.

ASCENSION MICHIGAN, et al.,

    Defendants.
_____/

Case No. 1:22-cv-638

HON. JANE M. BECKERING

# ORDER

Pending before the Court is the parties' Proposed Stipulation and Order (ECF No. 54). The parties request that this Court hold in abeyance any ruling on Defendants' currently pending Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 38) for at least 90 days. The Court, having reviewed the filing and being familiar with the case circumstances, will deny the parties' Proposed Stipulation and Order and dismiss Defendants' pending motion to dismiss without prejudice to being refiled within 90 days. Accordingly,

**IT IS HEREBY ORDERED** that the Proposed Stipulation and Order holding Defendants' motion to dismiss in abeyance (ECF No. 54) is DENIED.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 38) is DISMISSED without prejudice to refiling within 90 days.

Dated:  March 7, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge