UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al.,

       Plaintiffs,                        Case No. 1:22–cv–638

    v.                                   Hon. Jane M. Beckering

ASCENSION MICHIGAN, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   In–Court Hearing
Date/Time:   October 5, 2023   11:00 AM
District Judge:   Jane M. Beckering
Place/Location:   601 Federal Building, Grand Rapids, MI

*Fairness Hearing regarding final approval of class action settlement.*

                                      JANE M. BECKERING
                                      United States District Judge

Dated:  April 26, 2023        By:    /s/ Rick M. Wolters
                                                  Case Manager