August 1, 2023

Regarding: Albright et al. v. Ascension Michigan et al.

United States District Court for the Western District of Michigan

Case No. 1-22-cv-00638-JMB-SJB

Dear Hon. Jane M. Beckering,

U.S. Mag. Judge Salley J. Berens



    My name is Stephanie Kieselhorst, and I am a Class Member in the above case. I would like to raise objections regarding the proposed settlement. To that end, here is the required information to identify myself. My address is 436 South Main Street, Saukville, WI 53080. I was employed at Ascension Columbia St. Mary's Hospital in Mequon, WI as an RN, and my employment spanned from March of 1982 until November 12, 2021. The last four digits of my social security number are 2329.

    It is obvious that all the terms of the settlement are in favor of Ascension; nothing but an exercise in paying attorneys and releasing Ascension from future obligations. In a class action case settled by Liberty Counsel that appears to be identical to this one, each of the plaintiffs were estimated to receive $25,000. (I have enclosed an article regarding that case.) The proposed settlement does nothing to remedy the victims for emotional trauma.

    My first objection is to the limit of 5 weeks' pay. I had been a loyal employee for 39 years and was released just two weeks prior to my 64th birthday. I had every intension of keeping my job until age 65 which means that I missed out on 54 weeks of pay. Any other similar job as an RN at a different hospital would have required the COVID shot as a new employee, so getting a new similar job was not an option. While I am not thinking I will get a payout for the 54 weeks I missed, certainly more than 5 weeks would be fairer. Even though I am using my circumstances as an example, I believe the whole class should be paid for longer than 5 weeks, since that amount is going to be low for everyone due to the attorney and administrative fees.

    Within the class action paperwork on page 2 under "History of the litigation" it states that Ascension "denied allegations" of wrongdoing. I have enclosed a copy of the email that was sent to me on October 8th, 2021, that clearly shows that my Religious Exemption was denied which is against the law.

    My second objection is the formation of subclasses. If the records of Ascension are going to be used to calculate payments based on the FTE the employee worked, then what would be the problem with paying each person according to the hourly rate that they were making on November 12, 2021? By averaging the pay for all the RNs with lower earning LPN's and new RN's, the entire subclass is being brought lower.

    Please consider my objections.

Sincerely,

*Stephanie J. Kieselhorst*

Stephanie J. Kieselhorst



STEPHANIE KIESELHORST
436 S. MAIN ST.
SAUKVILLE, WI 53080

7022 0410 0002 7382 2105



U.S. POSTAGE PAID
FCM LETTER
SAUKVILLE, WI 53080
AUG 01, 2023
$5.01

RECEIVED (GR)
U.S. District Court Clerk
AUG 04 2023
Western Michigan

TO:
Clerk of the U.S. District Court,
WESTERN DISTRICT OF MICHIGAN
110 MICHIGAN ST NW.
GRAND RAPIDS MI, 49503