# Ex. 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

Case No. 1-22-cv-00638-JMB-SJB

   Plaintiffs,

Hon. Jane M. Beckering

v.

**CLASS ACTION**

ASCENSION MICHIGAN, et al,

   Defendants.

---

**DECLARATION OF** Kristi Lynn Abrahamson

1. I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2. I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3. It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4. I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5. I understand that attorney fees and costs will be subtracted from the total settlement amount.

6. I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

       7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

       8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _Kristi Lynn Abrahamson (Sep 15, 2023 10:17 CDT)_

City, State: Daphne, AL

Dated:  Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Case No. 1-22-cv-00638-JMB-SJB

         Plaintiffs,

        Hon. Jane M. Beckering

v.

        **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Jessica Anderson

    1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____

Jessica Anderson (Sep 20, 2023 12:15 CDT)

City, State: Nashville,TN

Dated:  Sep 20, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

        Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Shelondia M Anderson

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Shelondia M Anderson_
Shelondia M Anderson (Sep 16, 2023 07:59 CDT)

City, State: New Braunfels, TX

Dated: Sep 16, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Case No. 1-22-cv-00638-JMB-SJB

       Plaintiffs,

        Hon. Jane M. Beckering

v.

        **CLASS ACTION**

ASCENSION MICHIGAN, et al,

       Defendants.

---

## **DECLARATION OF** Nancy Atkins

1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Nancy Atkins*
Nancy Atkins (Sep 18, 2023 14:04 CDT)

City, State: Santa Rosa  Beach, Florida

Dated:  Sep 18, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

                Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

## DECLARATION OF Matt Bain

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Matt Bain (Sep 15, 2023 11:39 CDT)

City, State: Murfreesboro, TN

Dated: Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

                Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

## **DECLARATION OF** Corian Earl Barrett

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____

corian barrett (Sep 15, 2023 10:28 CDT)

City, State: Murfreesboro, Tennessee

Dated: Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

            Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

            Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

### DECLARATION OF Kristen Becker

    1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Kristen Becker (Sep 15, 2023 11:13 CDT)

City, State: Jay, Florida

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

                Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Sada C Bekurs

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Sada C Bekurs (Sep 18, 2023 15:49 CDT)_

City, State: Mobile, AL

Dated: Sep 18, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                              Case No. 1-22-cv-00638-JMB-SJB

         Plaintiffs,                             Hon. Jane M. Beckering

v.                                               **CLASS ACTION**

ASCENSION MICHIGAN, et al,

         Defendants.

---

## DECLARATION OF Pavel Berkovich

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _pberkovich_
pberkovich (Sep 15, 2023 12:01 CDT)

City, State: Glenview IL

Dated:  Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

                Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Tabatha Blackburn

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _____
Tabatha Blackburn (Sep 15, 2023 10:44 CDT)

City, State: Montevallo, Alabama

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                      Case No. 1-22-cv-00638-JMB-SJB

            Plaintiffs,                                  Hon. Jane M. Beckering

v.                                                       **CLASS ACTION**

ASCENSION MICHIGAN, et al,

            Defendants.

---

## DECLARATION OF Adele blumfeldt

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
        Adele Blumfeldt (Sep 15, 2023 13:40 CDT)

City, State: Pensacola, fl

Dated:  Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

       Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

       Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Kori Lynn Brafford

    1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Kori Lynn Brafford (Sep 15, 2023 10:54 CDT)_

City, State: Glenpool, OK

Dated:  Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

            Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

            Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

## DECLARATION OF Melisia Brown

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Melisia R Brown*
Melisia R. Brown (Sep 15, 2023 15:31 CDT)

City, State: Broken Arrow, Oklahoma

Dated: Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

        Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Mariah Taneshia Burt

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _____
Mariah Taneshia Burt (Sep 21, 2023 08:11 CDT)

City, State: Pensacola, Florida 32506

Dated:  Sep 21, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                    Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

                    Hon. Jane M. Beckering

v.

                    **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

## DECLARATION OF Dr. Jaria N Butler

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: ~~Jae Ber~~ (Sep 15, 2023 20:52 EDT)

City, State: FORT LAUDERDALE, FL

Dated: Sep 15, 2023

2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

    Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

    Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

### DECLARATION OF Vernon Daniel Capshaw

1. I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2. I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3. It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4. I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5. I understand that attorney fees and costs will be subtracted from the total settlement amount.

6. I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Vernon Daniel Capshaw (Sep 15, 2023 11:24 EDT)

City, State: Hixson, TN

Dated:  Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

        Hon. Jane M. Beckering

v.

        **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Erin M. Caputo

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Erin Caputo*
Erin Caputo (Sep 20, 2023 11:45 EDT)

City, State: **Hilliard, Florida**

Dated:  Sep 20, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

              Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

              Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Ana Carneiro

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _____
Ana Carneiro (Sep 16, 2023 00:36 CDT)

City, State: Pensacola, FL

Dated: Sep 16, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

      Case No. 1-22-cv-00638-JMB-SJB

      Plaintiffs,

      Hon. Jane M. Beckering

v.

      **CLASS ACTION**

ASCENSION MICHIGAN, et al,

      Defendants.

---

**DECLARATION OF** Melinda Chambers

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
        Melinda Chambers (Sep 20, 2023 09:47 CDT)

City, State: Milton, Florida

Dated: Sep 20, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                    Case No. 1-22-cv-00638-JMB-SJB

       Plaintiffs,                                    Hon. Jane M. Beckering

v.                                                     **CLASS ACTION**

ASCENSION MICHIGAN, et al,

       Defendants.

---

**DECLARATION OF** Darla Cleaves

    1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _DARLA CLEAVES_
DARLA CLEAVES (Sep 15, 2023 21:45 CDT)

City, State: Murfreesboro, Tennessee

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

              Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

              Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

### DECLARATION OF Rachel Cone

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Rachel Cone (Sep 20, 2023 14:18 CDT)

City, State: Mount Juliet TN

Dated:  Sep 20, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

        Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Jenny Wright Cunningham

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Jeremy Wright Cunningham (Sep 17, 2023 15:37 CDT)_

City, State: **Holt, Florida**

Dated: Sep 17, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                    Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

                    Hon. Jane M. Beckering

v.

                    **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Jonathan Michael Curtis

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Jonathan Michael Curtis (Sep 15, 2023 11:18 CDT)

City, State: Franklin, Tennessee

Dated:  Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

        Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Kayla Forte Daley

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Kayla Forte Dailey (Sep 15, 2023 13:11 CDT)_

City, State: Mobile, AL

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

              Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

              Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

## DECLARATION OF Kelsey Dennis

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Kelsey Dennis*
Kelsey Dennis (Sep 15, 2023 11:47 CDT)

City, State: Murfreesboro, TN

Dated:  Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                    Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,                             Hon. Jane M. Beckering

v.                                                     **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Aubrie Mechele Field

    1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Aubrie Field*
Aubrie Mechell Field (Sep 15, 2023 20:12 CDT)

City, State: Manchester, TN

Dated:  Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

                Hon. Jane M. Beckering

v.

                **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Joseph Fuller

    1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
       Joseph Fuller (Sep 15, 2023 11:10 CDT)

City, State: Hendersonville, TN

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

              Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

              Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Jeanette Ghioto

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Jeanette Gifoto (Sep 15, 2023 11:39 EDT)

City, State: Saint Johns, Florida

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

    Case No. 1-22-cv-00638-JMB-SJB

   Plaintiffs,

    Hon. Jane M. Beckering

v.

    **CLASS ACTION**

ASCENSION MICHIGAN, et al,

   Defendants.

---

**DECLARATION OF** Cassandra Gladkowski

1.  I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.  I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.  It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.  I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.  I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.  I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Cassandra Gladkowski (Sep 16, 2023 14:39 CDT)_

City, State: Murfreesboro, Tennessee

Dated: Sep 16, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

                Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Naomi Golino

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Naomi Golino (Sep 18, 2023 08:22 CDT)

City, State: Pace, Florida

Dated: Sep 18, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

               Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

               Hon. Jane M. Beckering

v.

               **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

## <u>DECLARATION OF</u> Paula Goodman

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Paula Goodman*
Paula Goodman (Sep 15, 2023 13:30 CDT)

City, State: Freeport, IL

Dated:  Sep 15, 2023

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

Case No. 1-22-cv-00638-JMB-SJB

Plaintiffs,

Hon. Jane M. Beckering

v.

**CLASS ACTION**

ASCENSION MICHIGAN, et al,

Defendants.

---

## DECLARATION OF Candice Gravitt

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _*Catie Avemit*_
Candice Gravitt (Sep 15, 2023 12:27 CDT)

City, State: Milton, Tenneesee

Dated:  Sep 15, 2023

2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

Hon. Jane M. Beckering

v.

**CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

## DECLARATION OF Julie Gurchiek

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _____
Julie Gurchiek (Sep 17, 2023 12:09 CDT)

City, State: Hendersonville, TN

Dated:  Sep 17, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

              Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

              Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Gay Guthrie

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _____*gay guthrie*_____
gay guthrie (Sep 18, 2023 14:37 EDT)

City, State: Ponte Vedra Beach, Florida

Dated: Sep 18, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                                 Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

                                 Hon. Jane M. Beckering

v.

                                 **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Stephanie Ann Hepler

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _*Stephanie Hepler*_
Stephanie Hepler (Sep 20, 2023 09:47 CDT)

City, State: Pensacola, FL

Dated: Sep 20, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

         Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

         Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

## DECLARATION OF Lori A Hogan

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Lori Hogan (Sep 15, 2023 11:50 CDT)

City, State: Panama City FL

Dated: Sep 15, 2023

2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

            Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

            Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

## DECLARATION OF  Jacquelyn Irish

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: ~~Jorge Drew~~ (Sep 15, 2023 11:31 EDT)

City, State: Otsego, MI

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

               Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

               Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Jamadriane Johnson

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
        Jamal'afar Johnson (Sep 20, 2023 10:26 CDT)

City, State: Franklin, TN

Dated:  Sep 20, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

        Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Lucy Marie Ramer/Jones

1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Lucy M Ramer Jones (Sep 20, 2023 15:42 CDT)

City, State: Lucy M Ramer Jones

Dated: Sep 20, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

          Case No. 1-22-cv-00638-JMB-SJB

      Plaintiffs,

          Hon. Jane M. Beckering

v.

          **CLASS ACTION**

ASCENSION MICHIGAN, et al,

      Defendants.

---

**DECLARATION OF** Makenzie Kemp

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Makenzie Kemp_
Makenzie Kemp (Sep 20, 2023 10:59 EDT)

City, State: Jacksonville, FL

Dated:  Sep 20, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

              Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

              Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

## DECLARATION OF Anna Knight

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Anna Knight*
Anna Knight (Sep 15, 2023 10:50 CDT)

City, State: Nashville, Tennessee

Dated:  Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

    Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

    Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Tracy Annette McCurdy

1.  I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.  I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.  It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.  I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.  I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.  I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Tracy Annette McCurdy (Sep 21, 2023 08:47 CDT)

City, State: Tulsa, Oklahoma

Dated:  Sep 21, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

        Hon. Jane M. Beckering

v.

        **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Kelly McMurray

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Kelly McMurray (Sep 15, 2023 11:46 EDT)

City, State: Endicott, NY

Dated:  Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

              Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

              Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

## <u>DECLARATION OF</u> Kendall Meeks

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Kendall Meeks (Sep 15, 2023 13:09 EDT)

City, State: Middleburg, FL

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

Case No. 1-22-cv-00638-JMB-SJB

Plaintiffs,

Hon. Jane M. Beckering

v.

**CLASS ACTION**

ASCENSION MICHIGAN, et al,

Defendants.

---

### DECLARATION OF Jennifer A. Montgomery

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Jennifer Montgomery (Sep 15, 2023 13:45 EDT)_

City, State: **Ooltewah, TN**

Dated:  Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                                    Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

                                  Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Wendy Sheree Morehouse, BSN, RN

      1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

      2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

      3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

      4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

      5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

      6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _*Wendy Sheree Morehouse, BSN, RN*_
Wendy Sheree Morehouse, BSN, RN (Sep 15, 2023 10:03 CDT)

City, State: **Panama City, Florida**

Dated:  Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

                Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** William Thomas Mosher

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _*William T Mosher*_
William T Mosher (Sep 16, 2023 16:48 CDT)

City, State: Tulsa, OK

Dated: Sep 16, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

               Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

               Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

## DECLARATION OF Barbara M. Nazaruk

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _*Barbara M. Nazaruk*_
Barbara M. Nazaruk (Sep 15, 2023 21:04 CDT)

City, State: Chipley, FL

Dated: Sep 15, 2023

2

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

           Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

           Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

### DECLARATION OF Lee O'Brien

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Lee O'Brien*
Lee O'Brien (Sep 16, 2023 07:58 CDT)

City, State: Tulsa, Oklahoma

Dated: Sep 16, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Case No. 1-22-cv-00638-JMB-SJB

      Plaintiffs,

        Hon. Jane M. Beckering

v.

        **CLASS ACTION**

ASCENSION MICHIGAN, et al,

      Defendants.

---

**DECLARATION OF** Megan Pauls

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Megan Paule*

City, State: Nashville, Tennessee

Dated: Sep 16, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

          Case No. 1-22-cv-00638-JMB-SJB

       Plaintiffs,

          Hon. Jane M. Beckering

v.

          **CLASS ACTION**

ASCENSION MICHIGAN, et al,

       Defendants.

---

**DECLARATION OF** Rebecca Louise Pavlik

    1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Rebecca L. Pavlik (Sep 15, 2023 12:55 EDT)

City, State: Bay City, MI

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                    Case No. 1-22-cv-00638-JMB-SJB

                Plaintiffs,                            Hon. Jane M. Beckering

v.                                                     **CLASS ACTION**

ASCENSION MICHIGAN, et al,

                Defendants.

---

**DECLARATION OF** Nicole Anne Pawson

1.      I am an individual who was denied a religious accommodation by Defendants and
opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment
Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal
Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement
in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the
Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five
weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement
amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC
adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Nicole Pawson (Sep 15, 2023 10:40 CDT)

City, State: Spring hill, TN

Dated:  Sep 15, 2023

2

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

            Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

            Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

### DECLARATION OF Cassandra Pedersen

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

      7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

      8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _____
Cassandra Pedersen (Sep 20, 2023 12:00 EDT)

City, State: Fair Haven, MI

Dated: Sep 20, 2023

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

                Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

### DECLARATION OF Kelsey Pennington

    1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because

I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants

apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
          Kelsey Harrington (Sep 15, 2023 13:49 EDT)

City, State: Jacksonville, Florida

Dated: Sep 15, 2023

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Case No. 1-22-cv-00638-JMB-SJB

       Plaintiffs,

        Hon. Jane M. Beckering

v.

        **CLASS ACTION**

ASCENSION MICHIGAN, et al,

       Defendants.

---

## <u>DECLARATION OF</u> Gregory E Pickle

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _*Gregory E Pickle*_
       Gregory E Pickle (Sep 16, 2023 08:38 CDT)

City, State: Locust fork, Alabama

Dated:  Sep 16, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                             Case No. 1-22-cv-00638-JMB-SJB

       Plaintiffs,                           Hon. Jane M. Beckering

v.                                              **CLASS ACTION**

ASCENSION MICHIGAN, et al,

       Defendants.

---

**DECLARATION OF** Mikhala Pierce

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _*M Pi*_
Mikhala Pierce (Sep 15, 2023 12:59 EDT)

City, State: Inkster, Michigan

Dated: Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                             Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

                             Hon. Jane M. Beckering

v.

                             **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Erin Przeracki

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
        Erin Przakracki (Sep 15, 2023 18:04 CDT)

City, State: Waukesha, Wisconsin

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                        Case No. 1-22-cv-00638-JMB-SJB

    Plaintiffs,                              Hon. Jane M. Beckering

v.                                                          **CLASS ACTION**

ASCENSION MICHIGAN, et al,

    Defendants.

---

**DECLARATION OF** Charzaria Trevor Ramsey

1.  I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.  I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.  It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.  I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.  I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.  I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Charzaria Trevor Ramsey (Sep 15, 2023 13:53 CDT)

City, State: Birmingham Alabama

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

        Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

## DECLARATION OF Sarah Reed

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _Sarah Reed_
Sarah Reed (Sep 20, 2023 11:26 EDT)

City, State: Jacksonville, FL

Dated: Sep 20, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                    Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,                              Hon. Jane M. Beckering

v.                                                     **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Amber Rizzo

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Amber Rizzo*
Amber Rizzo (Sep 15, 2023 10:29 CDT)

City, State: Warrior, Alabama

Dated: Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

      Case No. 1-22-cv-00638-JMB-SJB

          Plaintiffs,

      Hon. Jane M. Beckering

v.

      **CLASS ACTION**

ASCENSION MICHIGAN, et al,

          Defendants.

---

**DECLARATION OF** Jennifer Ann Roberts

1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Jennifer Ann Roberts_____

Jennifer Ann Roberts (Sep 19, 2023 08:57 EDT)

City, State: Saint Charles, MI

Dated: Sep 19, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                    Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,                                Hon. Jane M. Beckering

v.                                                     **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Aladino Roldan

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because

I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants

apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
          Aladino Roldan (Sep 15, 2023 16:25 EDT)

City, State: Melrose, FL

Dated:  Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                    Case No. 1-22-cv-00638-JMB-SJB

       Plaintiffs,                              Hon. Jane M. Beckering

v.                                                     **CLASS ACTION**

ASCENSION MICHIGAN, et al,

       Defendants.

---

**DECLARATION OF** Alexandra Roldan

    1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Alexandra Roldan (Sep 15, 2023 16:22 EDT)_

City, State: Melrose, FL

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                          Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,                               Hon. Jane M. Beckering

v.                                                            **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

### DECLARATION OF Maria Roshchin

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _*Maria Roshchin*_
Maria Roshchin (Sep 15, 2023 11:51 CDT)

City, State: Pensacola, FL

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                    Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,                                    Hon. Jane M. Beckering

v.                                                     **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Anna L Ruegner

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
          Anna L Ruegner (Sep 15, 2023 12:44 EDT)

City, State: Hallstead, Pa

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                              Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,                       Hon. Jane M. Beckering

v.                                               **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

## DECLARATION OF Charles Saenz

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
      Charles Saenz (Sep 15, 2023 10:41 PDT)

City, State: Newport Beach, CA

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

Case No. 1-22-cv-00638-JMB-SJB

          Plaintiffs,

Hon. Jane M. Beckering

v.

**CLASS ACTION**

ASCENSION MICHIGAN, et al,

          Defendants.

---

**DECLARATION OF** Lauren Salutz

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Lauren Salutz (Sep 15, 2023 11:01 CDT)

City, State: West Allis, WI

Dated: Sep 15, 2023

2

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

            Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

            Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

### <u>DECLARATION OF</u> Julie Scott

1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
       Julie Scott (Sep 20, 2023 15:46 EDT)

City, State: Berrien Center. Michigan

Dated:  Sep 20, 2023

2

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

        Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

### DECLARATION OF Marc P Sickles

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _____
Marc Sickles (Sep 15, 2023 16:06 CDT)

City, State: Portland, Tennessee

Dated: Sep 15, 2023

2

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

          Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

          Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

## **DECLARATION OF** Dalton smith

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

      7.     If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

      8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Dalton Smith (Sep 17, 2023 13:52 EDT)

City, State: St. Clair, Michigan

Dated: Sep 17, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                     Case No. 1-22-cv-00638-JMB-SJB

              Plaintiffs,                               Hon. Jane M. Beckering

v.                                                      **CLASS ACTION**

ASCENSION MICHIGAN, et al,

              Defendants.

_____

### **DECLARATION OF** Kelly Jane Smith

1.     I am an individual who was denied a religious accommodation by Defendants and
opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment
Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal
Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement
in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the
Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five
weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement
amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC
adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _*Kelly Jane Smith*_
Kelly Jane Smith (Sep 15, 2023 17:12 EDT)

City, State: **Detroit, MI**

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                  Case No. 1-22-cv-00638-JMB-SJB

                    Plaintiffs,                      Hon. Jane M. Beckering

v.                                                   **CLASS ACTION**

ASCENSION MICHIGAN, et al,

                    Defendants.

---

**DECLARATION OF** Shawnikia smith

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because

I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants

apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
        Shawnikia  Smith (Sep 15, 2023 11:41 EDT)

City, State: Ypsilanti, mi

Dated:  Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                Case No. 1-22-cv-00638-JMB-SJB

       Plaintiffs,                        Hon. Jane M. Beckering

v.                                                 **CLASS ACTION**

ASCENSION MICHIGAN, et al,

       Defendants.

---

**DECLARATION OF** Lindsey Snelson

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Lindsey Snelson (Sep 15, 2023 12:10 CDT)

City, State: Okmulgee, Oklahoma

Dated:  Sep 15, 2023

2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

             Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

             Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

## DECLARATION OF Sarah solomon

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Sarah Solomon*

City, State: Nashville, TN

Dated: Sep 16, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Case No. 1-22-cv-00638-JMB-SJB

      Plaintiffs,

        Hon. Jane M. Beckering

v.

        **CLASS ACTION**

ASCENSION MICHIGAN, et al,

      Defendants.

---

**DECLARATION OF** Morgan Spence

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____

Morgan Spence (Sep 20, 2023 16:52 EDT)

City, State: Kalamazoo, Michigan

Dated: Sep 20, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

        Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Lucy Stich

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because

I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants

apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Lucy B Stich_____
          Lucy B Stich (Sep 19, 2023 10:44 CDT)

City, State: Brookfield, WI

Dated: Sep 19, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

                Hon. Jane M. Beckering

v.

                **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Kelly Renee Strawser

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Kelly Strawser (Sep 15, 2023 12:15 EDT)

City, State: Rockwood, MI

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                    Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,                                    Hon. Jane M. Beckering

v.                                                     **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Karen M. Streim

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Karen M Streim_
      Karen M Streim (Sep 18, 2023 05:56 CDT)

City, State: **Greenfield, WI**

Dated:  Sep 18, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

          Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

          Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Lillian Sweatt

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _____
Lilli Sweatt (Sep 15, 2023 15:40 CDT)

City, State: Oneonta, AL

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                  Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,                              Hon. Jane M. Beckering

v.                                                   **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Daniel Terrill

    1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
          Daniel Terrill (Sep 15, 2023 10:27 CDT)

City, State: Tulsa, Oklahoma

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                          Case No. 1-22-cv-00638-JMB-SJB

              Plaintiffs,                    Hon. Jane M. Beckering

v.                                           **CLASS ACTION**

ASCENSION MICHIGAN, et al,

              Defendants.

---

**DECLARATION OF** Jillian Terrill (Gibson)

1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Jillian Terrill (Sep 15, 2023 10:07 CDT)

City, State: Tulsa, OK

Dated:  Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

    Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

    Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

### <u>DECLARATION OF</u> Kathy A Thompson

  1. I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

  2. I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

  3. It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

  4. I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

  5. I understand that attorney fees and costs will be subtracted from the total settlement amount.

  6. I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
      Kathy A Thompson (Sep 15, 2023 13:57 EDT)

City, State: Kalamazoo  Michigan

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

                Hon. Jane M. Beckering

v.

                **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Robert Thompson

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Robert A Thompson (Sep 15, 2023 14:27 EDT)

City, State: Kingsland, GA

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

           Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

           Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Johannah Mae Tietz

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because

I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants

apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Johannah Tietz (Sep 15, 2023 11:51 CDT)

City, State: Port Washington, WI

Dated: Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                  Case No. 1-22-cv-00638-JMB-SJB

            Plaintiffs,                              Hon. Jane M. Beckering

v.                                                   **CLASS ACTION**

ASCENSION MICHIGAN, et al,

            Defendants.

---

**DECLARATION OF** Kerre Tomatz

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

     7.     If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

     8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Kerre Hamann (Sep 15, 2023 10:26 CDT)

City, State: Menomonee Falls, Wisconsin

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                           Case No. 1-22-cv-00638-JMB-SJB

          Plaintiffs,                         Hon. Jane M. Beckering

v.                                            **CLASS ACTION**

ASCENSION MICHIGAN, et al,

          Defendants.

_____

**DECLARATION OF** Pamela E Turner

    1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _Pamela E Turner_
Pamela E Turner (Sep 15, 2023 12:14 EDT)

City, State: Jacksonville, Florida

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

          Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

          Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Sarah Michelle Turner

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Sarah Michelle Turner (Sep 16, 2023 18:02 CDT)

City, State: Pace, Florida

Dated: Sep 16, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                    Case No. 1-22-cv-00638-JMB-SJB

         Plaintiffs,                          Hon. Jane M. Beckering

v.                                                     **CLASS ACTION**

ASCENSION MICHIGAN, et al,

         Defendants.

---

**DECLARATION OF** Denisa ULDEDAJ

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because

I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants

apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
Denisa Uldedaj (Sep 15, 2023 17:11 EDT)

City, State: Shelby, MI

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

              Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

              Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Desara Uldedaj

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _____
Desara Uldedaj (Sep 15, 2023 17:11 EDT)

City, State: Macomb, Michigan

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                      Case No. 1-22-cv-00638-JMB-SJB

          Plaintiffs,                          Hon. Jane M. Beckering

v.                                                       **CLASS ACTION**

ASCENSION MICHIGAN, et al,

          Defendants.

---

**DECLARATION OF** Joanna Urban

    1.    I am an individual who was denied a religious accommodation by Defendants and
opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment
Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal
Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement
in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the
Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five
weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement
amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC
adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _Joanna Urban_____
      Joanna Urban (Sep 15, 2023 12:12 CDT)

City, State: Franklin, WI

Dated: Sep 15, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

        Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

<u>**DECLARATION OF**</u> Vaiva Varner

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Vaiva Varner*
Vaiva Varner (Sep 15, 2023 20:03 EDT)

City, State: Livonia MI

Dated: Sep 15, 2023

2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

                Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

## DECLARATION OF Jacqueline Paloma Vazquez

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Jacqueline Paloma Vazquez*
Jacqueline Paloma Vazquez (Sep 18, 2023 07:58 EDT)

City, State: Metamora Michigan

Dated: Sep 18, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                   Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,                           Hon. Jane M. Beckering

v.                                                    **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

<u>**DECLARATION OF**</u>  Rachel Ward

    1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _____
Rachel Ward (Sep 20, 2023 13:46 EDT)

City, State: Jacksonville. FL

Dated: Sep 20, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

          Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,

          Hon. Jane M. Beckering

v.

          **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

### **DECLARATION OF** DeShawn Welch

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because

I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants

apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
DeShawn Welch (Sep 20, 2023 10:57 EDT)

City, State: saint clair shores, mi

Dated: Sep 20, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

              Case No. 1-22-cv-00638-JMB-SJB

       Plaintiffs,

              Hon. Jane M. Beckering

v.

              **CLASS ACTION**

ASCENSION MICHIGAN, et al,

       Defendants.

---

### **DECLARATION OF** James Whitfield

    1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _*James Whitfield*_
James Whitfield (Sep 17, 2023 16:39 CDT)

City, State: Wartrace, Tennessee

Dated: Sep 17, 2023

2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

               Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

               Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

## DECLARATION OF Lisa Wilcox

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: _____
             Lisa Wilcox (Sep 19, 2023 20:26 CDT)

City, State: Franklin, Wisconsin

Dated: Sep 19, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                          Case No. 1-22-cv-00638-JMB-SJB

       Plaintiffs,                    Hon. Jane M. Beckering

v.                                           **CLASS ACTION**

ASCENSION MICHIGAN, et al,

       Defendants.

---

## DECLARATION OF Kanisha Wilson

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Kanisha Wilson*
Kanisha Wilson (Sep 18, 2023 11:02 CDT)

City, State: Pensacola FL

Dated: Sep 18, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,                                         Case No. 1-22-cv-00638-JMB-SJB

        Plaintiffs,                                Hon. Jane M. Beckering

v.                                                          **CLASS ACTION**

ASCENSION MICHIGAN, et al,

        Defendants.

---

**DECLARATION OF** Carlette D Woods

    1.    I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

    2.    I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

    3.    It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

    4.    I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

    5.    I understand that attorney fees and costs will be subtracted from the total settlement amount.

    6.    I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.      If this matter is not approved as a national class action, it will prejudice me because
I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants
apart from this lawsuit.

8.      I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Carlette D Woods*
      Carlette D Woods (Sep 20, 2023 23:06 EDT)

City, State: Jacksonville, Florida

Dated: Sep 20, 2023

2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

              Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

              Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

## DECLARATION OF Tracey Woycik

1.      I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.      I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.      It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.      I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.      I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.      I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.    If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.    I believe the Settlement Agreement to be fair, reasonable, and adequate.

Name: _tracey woycik (Sep 15, 2023 12:01 EDT)_

City, State: Lapeer mi

Dated: Sep 15, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

                Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

                Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

---

**DECLARATION OF** Gregory N Yates

1.     I am an individual who was denied a religious accommodation by Defendants and opted into the Settlement Agreement.

2.     I was not able to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission alleging religious discrimination against Defendants.

3.     It is now too late for me to file a Charge of Discrimination with the Equal Employment Opportunity Commission, so if the Court does not approve the Settlement Agreement in this matter, I will not be able to prosecute a failure to accommodate claim under Title VII of the Civil Rights Act against Defendants.

4.     I understand that my maximum recovery under the Settlement Agreement is five weeks' pay.

5.     I understand that attorney fees and costs will be subtracted from the total settlement amount.

6.     I have full confidence that Hurwitz Law PLLC and Jimmy Thomas Law PLLC adequately represented my interests.

7.     If this matter is not approved as a national class action, it will prejudice me because I have not retained alternative counsel and cannot prosecute a Title VII claim against Defendants apart from this lawsuit.

8.     I believe the Settlement Agreement to be fair, reasonable, and adequate.


Name: *Gregory N Yates*
Gregory N Yates (Sep 20, 2023 09:24 CDT)

City, State: McMinnville, TN

Dated: Sep 20, 2023

2