# Ex. 4

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KAREN ALBRIGHT, et al,
on behalf of themselves and others
similarly situated,

        Plaintiffs,

v.

ASCENSION MICHIGAN, et al,

        Defendants.

Case No. 1-22-cv-00638-JMB-SJB

Hon. Jane M. Beckering

**CLASS ACTION**

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>Grant M. Vlahopoulos (P85633)<br>Kara F. Krause (P85487)<br>Brendan J. Childress (P85638)<br>HURWITZ LAW PLLC<br>*Attorneys for Plaintiffs*<br>340 Beakes St., Ste. 125<br>Ann Arbor, MI  48104<br>(844) 487-9489<br>Noah@hurwitzlaw.com<br>Grant@hurwitzlaw.com<br>Kara@hurwitzlaw.com<br>Brendan@hurwitzlaw.com<br><br>James A. Thomas (P80931)<br>JIMMY THOMAS LAW<br>Attorneys for Plaintiffs<br>1925 Breton Rd. SE, Ste. 250<br>Grand Rapids, MI 49506<br>(616) 747-1188<br>jimmy@jimmythomaslaw.com | Maurice G. Jenkins (P33083)<br>Allan S. Rubin (P44420)<br>Elyse K. Culberson (P82132)<br>JACKSON LEWIS P.C.<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>Maurice.jenkins@jacksonlewis.com<br>Allan.rubn@jacksonlewis.com<br>Elyse.culberson@jacksonlewis.com<br>Attorneys for Defendants<br><br>Patricia Pryor<br>JACKSON LEWIS P.C.<br>201 E. Fifth Street, 26th Floor<br>Cincinnati, OH 45202<br>(513) 898-0050<br>Patricia.pryor@jacksonlewis.com |

## **PROPOSED ORDER REGARDING OCTOBER 5, 2023 FAIRNESS HEARING**

On October 5, 2023, an in-person fairness hearing was held wherein this Honorable Court considered Plaintiffs' Motion for Final Approval of Class Action Settlement, Attorneys' Fees, and Litigation Expenses.  After hearing arguments from the parties, as well as from Dr. Halczenko,

2

this Court finds that the Settlement Agreement is fair, reasonable, and adequate, and that the FRCP 23 requirements to certify the class are met. Accordingly, the Court **GRANTS** Plaintiffs' Motion for attorneys' fees and costs and **GRANTS** final approval to the settlement.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Final Approval of Class Action Settlement, Attorneys' Fees, and Litigation Expenses is **GRANTED** because the Settlement Agreement is fair, reasonable, and adequate.

**IT IS HEREBY ORDERED** that the Settlement Class is hereby certified.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Attorneys' Fees and Expenses is **GRANTED** and Class Counsel is hereby awarded one-third of the Settlement Fund.

**IT IS HEREBY ORDERED** that Plaintiff is awarded at least $54,171.27 in litigation costs based on the September 19, 2023 Information Invoice submitted by the Claims Administrator, as well as any future invoices submitted by the Claims Administrator regarding the instant Settlement Agreement. **Ex. 5**.

**IT IS SO ORDERED.**

Dated:_____                                     /s/_____
                                                        Hon. Jane M. Beckering