# Ex. 5

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KAREN ALBRIGHT, et al.
on behalf of themselves and
others similarly situated,

      Plaintiffs,                     Case No. 1-22:cv-00638-JMB-SJB
                                      Hon: Jane M. Beckering

v.

ASCENSION MICHIGAN, et al.

      Defendants.

**DECLARATION OF SARA SCHWERMER-SWEEN ON BEHALF**
**OF THE CLAIMS ADMINISTRATOR**

Under penalties of perjury, I declare as follows:

1.      My name is Sara Schwermer-Sween. I am an adult duly competent to testify in this matter. If I were called to testify, my testimony would be substantially similar to that contained in this matter, which I have read prior to signing.

2.      I am employed by Rust Consulting, Inc. ("Rust") as its: Senior Project Manager. In this role, I provide notification services including: a) preparing, print and mailing of the Class List; b) receiving and reviewing Claim Forms; c) tracking of exclusions and objections; d) drafting and mailing Settlement Award checks; e) arranging for the creation and maintenance of a publicly available website where a Claim Form could be submitted; and f) for such other tasks as the Parties mutually agree or the Court orders Rust to perform.

3.      Rust provides consulting, notice, and administration services to clients including law firms, companies across all industries, and governmental agencies at all levels. Rust has served as claims/settlement administrator on more than 8,000 projects, including legal and regulatory

settlements, remediation programs, and urgent communications such as data breach responses and recalls.

4.    Rust was retained on May 3, 2023 to serve as the claims administrator under the terms of the Preliminary Approval Order ("PAO") entered by the Court on April 26, 2023.

5.    On or about May 10, 2023 Rust received from counsel for Defendants a class list containing the names, locations where employees worked, employee identification numbers, social security numbers, job titles, address, phone numbers, and work and personal email addresses for 4,642 persons who defendants identified as potential class members (i.e. the class list).

6.    Rust then ran a check of potential class members last-known addresses against those on file with the U.S. Postal Service's National Change of Address list.

7.    In accordance with the PAO, Rust prepared a class notice, claim forms, and exclusion forms based on the forms previously approved by the Court. True and correct copies of class notice, claim and exclusion forms are attached hereto as **Exhibits A-C** ("Class Notice").

8.    In accordance with the terms of the PAO and the Settlement agreement, on June 9, 2023, Rust mailed, with postage fully prepaid, and emailed the Class Notice to those putative class members identified by Defendants on the Class List.

9.    Class notices returned to Rust by the post office with forwarding addresses were resent to the class members, postage fully paid at the addressed indicated on the forwarding notice from the U.S. Postal Service.

10.    For Class Notices returned without a forwarding address, Rust performed a computer search using the class member's social security number to locate a forwarding address. For class members who had a forwarding address which could be located, Rust remailed the Class Notice, postage fully paid to the forwarding address located using the computer search.

11.     In accordance with the settlement agreement, Rust reported on a weekly basis to Class Counsel and counsel for the Defendants settlement class members who submitted claims.

12.     Rust also created and maintained a website, www.religiousclaim.com where class members could download the class notice, claim and exclusion forms, download and print the Settlement Agreement along with its exhibits, the Joint Motion for Preliminary Approval, the PAO, Claim and exclusion form. Additionally, during the claim period, class members could electronically submit claim and exclusion forms.

13.      Using the procedures described above, Rust mailed Class Notices to 4,642 Class notices on June 9, 2023. It also emailed 5,708 Class Notices on this same date to the email addresses provided for class members. (Some class members had more than one email address.)

14.     Additional Class Notices were mailed to class members on July 21, 2023 (10), July 28, 2023(2), August 4, 2023 (2), and August 11, 2023 (1). In total, Rust mailed 4,658 class notices to class members.

15.     Additional class notices were emailed to class members July 21, 2023 (10), July 28, 2023(2), August 4, 2023 (2), and August 11, 2023 (1). In total, Rust emailed 5,720 class notices to class members.

16.     Additionally, 338 persons self-identified as class members. These persons were mailed and emailed Class Notice on June 16, 2023 (3), July 21, 2023 (61), July 28, 2023 (35), August 4, 2023 (143), August 11, 2023 (35), and August 18, 2023 (59).

17.     A total of six Class Notices were returned as undeliverable with a forwarding address. These were remailed on June 16, 2023 (5) and June 23, 2023 (1).

18.     A total of 154 Class Notices were returned as undeliverable without a forwarding address. After running a computer search, these were remailed on June 16, 2023 (104), June 23,

2023(25), June 30, 2023 (12), July 7, 2023 (6), July 14, 2023 (2) July 21, 2023 (2), July 28 (1), and August 11, 2023 (2). Of these, 11 were returned as undeliverable a second time.

19.    Rust has received 2,797 claim forms, of which 94 were duplicates. It has received 40 incomplete claim forms, from which it has received nine (9) corrected claim forms.

20.    Rust received 281 requests for exclusion. The exclusion list is attached as **Exhibit D**

21.    Rust has a current invoice of $54,171.27 for work performed to-date. A copy of Rust Informational Invoice is attached as **Exhibit E.** Rust anticipates incurring additional costs and fees in continuing administering this settlement..

22.    Rust has received no objections.

I declare under penalties of perjury that the forging statements are true and correct.


Dated: September 21, 2023
Executed in: Minneapolis, Minnesota        Name: Sara Schwermer-Sween


4895-7848-5888, v. 2

# EXHIBIT A



ASCENSION SETTLEMENT
C/O RUST CONSULTING INC - 8302
PO BOX 2396
FARIBAULT MN 55021-9096

**IMPORTANT LEGAL MATERIALS**

```
* 0 1 2 3 4 5 6 7 8 9 *
```

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KAREN ALBRIGHT, et al. on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ASCENSION MICHIGAN, et al.<br><br>        Defendants. | Case No. 1-22:cv-00638-JMB-SJB<br><br>**NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT AND HEARING DATE FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Hon. Jane M. Beckering<br>U.S. Mag. Judge: Salley J. Berens |

**RELIGIOUS ACCOMMODATION DENIAL PROPOSED SETTLEMENT**

*Must Return attached Claim Form to Receive Settlement Payment*

ATTENTION:    ALL ASCENSION[1] ASSOCIATES FOR WHOM ALL OF THE FOLLOWING APPLY: (A) THE ASSOCIATE APPLIED FOR A RELIGIOUS EXEMPTION TO THE COVID-19 VACCINATION POLICY AND HAS A SINCERELY HELD RELIGIOUS BELIEF THAT CONFLICTED WITH THE COVID-19 VACCINATION POLICY; AND (B) THE ASSOCIATE WAS DENIED THE REQUESTED RELIGIOUS EXEMPTION, AND (C) THE ASSOCIATE EITHER (I) WAS SUSPENDED OR OTHERWISE REMOVED FROM EMPLOYMENT BY ASCENSION IN NOVEMBER 2021 OR (II) CLAIMS THEY WERE FORCED TO LEAVE THEIR EMPLOYMENT WITH ASCENSION BEFORE FEBRUARY 28, 2022, AFTER AND AS A RESULT OF THEIR DENIED RELIGIOUS EXEMPTION TO THE COVID 19-VACCINATION POLICY. ("CLASS MEMBER")

PLEASE READ THIS NOTICE CAREFULLY. THIS NOTICE RELATES TO A PROPOSED SETTLEMENT OF CLASS ACTION CLAIMS. IF YOU ARE A CLASS MEMBER, IT CONTAINS IMPORTANT INFORMATION AS TO YOUR RIGHT TO A PAYMENT.

THE PURPOSE OF THIS NOTICE IS TO INFORM YOU OF THE TERMS OF THE PROPOSED SETTLEMENT IN THIS MATTER AND TO INFORM YOU OF YOUR RIGHTS AND OPTIONS IN CONNECTION WITH THE PROPOSED SETTLEMENT.

THIS NOTICE ADVISES THAT **IF YOU ARE A CLASS MEMBER AND IF YOU WISH TO BE PART OF THIS SETTLEMENT AND RECEIVE A SETTLEMENT PAYMENT YOU MUST RETURN THE ATTACHED CLAIM FORM.**

---

[1] The term "Ascension" means Ascension Health Alliance, all Defendants and all of their related and affiliated entities that adopted the Ascension Health Alliance, or a substantially similar, COVID-19 Vaccination Policy as defined in the Settlement Agreement available at: www.religiousclaim.com

HOWEVER, **IF YOU ARE A CLASS MEMBER AND IF YOU WISH TO BE EXCLUDED FROM THE CLASS, YOU MUST** SUBMIT A REQUEST FOR EXCLUSION FORM WHICH MUST BE SUBMITTED ONLINE OR POSTMARKED ON OR BEFORE AUGUST 23, 2023. IF YOU SUBMIT AN EXCLUSION FORM AFTER AUGUST 23, 2023, YOUR EXCLUSION FORM WILL BE REJECTED AND YOU WILL BE BOUND BY THE CLASS RELEASE AND ALL OTHER SETTLEMENT TERMS.

**IF YOU ARE A CLASS MEMBER BUT DO NOT RETURN THE CLAIM FORM, YOU WILL BE BOUND BY THE SETTLEMENT BUT YOU WILL NOT RECEIVE ANY SETTLEMENT PAYMENT.**

Pursuant to the Order of the United States District Court, Western District of Michigan entered on April 26, 2023, YOU ARE HEREBY ADVISED: A settlement has been reached between the parties in the above-captioned lawsuit on behalf of all Class Members.

## 1. WHY HAVE YOU RECEIVED THIS NOTICE?

You have received this Notice because Ascension's records indicate that you were employed by an Ascension entity and may be a Class Member. If you are or were an Ascension associate and all of the following apply, you may be a Class Member: (a) You applied for a religious exemption to the COVID-19 Vaccination Policy and you have a sincerely held religious belief that conflicted with the COVID-19 Vaccination Policy; and (b) You were denied the requested religious exemption, and (c) You either (i) were suspended or otherwise removed from employment by Ascension in November 2021 or (ii) claim you were forced to leave your employment with Ascension before February 28, 2022, after and as a result of your denied religious exemption to the COVID 19-Vaccination Policy. This Notice is designed to advise you of this settlement and how you can opt out or object to this settlement if you desire to do so.

## 2. HISTORY OF THE LITIGATION

The Plaintiffs filed a class action lawsuit, individually, and on behalf of themselves and all individuals similarly situated, asserting that Ascension and its various related entities unlawfully denied employees who sought religious exemptions from Ascension's COVID-19 Vaccination Policy under various federal and state laws. Ascension denied these allegations and has contested the allegations made in this case. After engaging in extensive settlement discussions, including attending a settlement conference with the United States Magistrate Judge, the parties negotiated a settlement of this action. The Court has granted preliminary approval of the Settlement and a Settlement Agreement and Release has been signed by the parties.

## 3. SUMMARY OF THE PROPOSED SETTLEMENT

### A. Settlement Class

The Settlement Class includes all Class Members who do not request exclusion from the settlement. The Settlement Class will be divided into State Subclasses based on the state where a Settlement Class Member last worked and the position the Settlement Class Member last held prior to November 12, 2021.

These include a Physician subclass, a Nurse Subclass, and a Technician Subclass for each state and/or District of Columbia. These Subclasses are defined as:

- The "Physician Subclass" means all Settlement Class Members who were employed by Ascension as either a Physician, Nurse Practitioner, or Physician Assistant as of the date the Class Member last worked for Ascension before November 12, 2021.

- The "Nurse Subclass" means all Settlement Class Members who were employed by Ascension as either a Registered Nurse or Licensed Practical Nurse ("LPN") as of the date the Settlement Class Member last worked for Ascension before November 12, 2021.

- The "Technician Subclass" means all Settlement Class Members who were employed by Ascension and are not a member of either the Physician or Nurse Subclass as of the date the Settlement Class Member last worked for Ascension before November 12, 2021.

These Subclasses will be further broken down into state specific subclasses based on the specific state an employee last worked for Ascension before November 12, 2021. Accordingly, and by way of example, a member of the Physician Subclass who worked in Alabama is a member of the "Alabama Physician Subclass;" a member of the Nurse Subclass who worked in Alabama is a member of the "Alabama Nurse's Subclass;" and a member of the Technician Subclass who worked in Alabama is a member of the "Alabama Technician Subclass" etc.

**B.  Settlement Formula.**

If you are a Class Member and submit a Valid Claim, you will be eligible to receive a proportionate share of the Net Settlement Fund for the State Subclass of which you are a part. The State Subclass Total Settlement Fund is determined by multiplying the Average Weekly Salary for the State Subclass by the Total Number of Claim Weeks for the State Subclass. The Average Weekly Salary for each State Subclass will be calculated by multiplying the average hourly wage rate as of November 12, 2021 for Class Members in the State Subclass who submit Valid Claims by the average full-time equivalent ("FTE") hours for the positions held by those Class Members as of November 12, 2021. For purposes of calculating the Average Weekly Wage, shift or other premium payments shall be excluded. The maximum number of Claim Weeks is five weeks. The Total Number of Claim Weeks for the State Subclass is calculated by adding the Claim Weeks that the Claims Administrator determines are valid for each State Subclass Member who submitted a Valid Claim, up to a maximum of five (5) weeks for any State Subclass Member.

A Total Settlement Fund will be calculated based on the total value of each State Subclass Total Settlement Fund. From this amount, all approved attorney fees and costs, along with the cost of settlement administration will be paid. The remaining amount shall be the Net Settlement Fund, which will be proportionally divided between the State Subclasses based on the proportion of that State Subclass's Total Settlement Fund of the Total Settlement Fund. ("State Subclass Net Settlement Fund").

A Settlement Class Member who submits a Valid Claim will receive as a settlement payment, a proportionate share of the State Subclass Net Settlement Fund for the State Subclass in which they are a member. The proportionate share will be determined by the Claims Administrator taking into account the FTE and number of valid Claim Weeks for the Settlement Class Member (not to exceed five weeks). All settlement payments will be subject to tax withholding and settlement checks will only be valid for 60-days. The Claims Administrator may require submission of IRS Forms or their substitutes to process Settlement Payments and if required, they are included with this notice.

**C.  Calculations To Be Based on Ascension's Records.**

The amount payable to each Class Member will be calculated based on Defendants' records. Defendants' records will be presumed correct, unless the Class Member provides information that reasonably contradicts Defendant's records. Class Members are required to state the number of Claim Weeks they experienced. The Claims Administrator will review the information and check it against information provided by Defendants. If there is a difference between the Class Member's information and Defendants' information, the Claims Administrator will attempt to resolve the matter informally with the Parties, but if they cannot do so, the Claims Administrator will issue a non-appealable decision resolving the dispute.

**D.  Release**

Upon final approval by the Court, the Settlement Class and each member of the Settlement Class who has not submitted a timely and valid Exclusion Form, fully and finally releases and discharges (i) Ascension; (ii) Ascension Health Alliance; (iii) all Defendants in Case No. 1-22-cv-00638-JMB-SJB in the United States District Court for the Eastern District of Michigan; (iv) all related or affiliated entities to any of the foregoing that adopted the Ascension Health Alliance, or a substantially similar, COVID-19 Vaccination Policy; (v) the respective past, present and future parents, subsidiaries, joint ventures, insurers, related entities and affiliates of any of the foregoing; (vi) the past, present and future shareholders, directors, officers, members, managers, agents, employees, attorneys, insurers, predecessors, successors and assigns of any of the foregoing; and (vii) any individual or entity which could be jointly liable with any of the foregoing (the "Released Parties") from any and all claims, causes of actions, liabilities relating in any way to the adoption, implementation, or application of Ascension's COVID-19 Vaccination Policy, or any other vaccination policy enforced in 2021 or 2022 by Ascension, whether known or unknown, actual or imagined, and/or which arose out of or could have arisen out of the facts alleged in this action, including, but not limited to, any claims under any federal, state, or local law relating to COVID-19 or the COVID-19 vaccine, religious discrimination or accommodation, pregnancy discrimination or accommodation, disability discrimination or accommodation, retaliation, wage or benefit statutes, tort, contract, or other claims in any form or format whatsoever, including any provision for the payment of fines, costs, penalties, punitive, compensatory, liquidated, exemplary, or exculpatory damages, attorney fees or costs from the beginning of time to the effective date of the settlement is finally approved by the Court. (the "Released Claims").

**E.  Attorneys' Fees**

The attorneys for the class filed in this action, have actively litigated the case and have brought it to resolution. They will request the Court award fees from the Settlement in an amount of one-third of the Total Settlement Fund. The Court will determine the appropriateness of the fees and costs.

**F.    Support for the Settlement**

The Class Representatives, Class Counsel, and Defendants strongly support this Settlement. This issue has been fully investigated and litigated by Plaintiffs' counsel. Even if a class could be certified, trial would be lengthy and have risks. Even if the class won at trial, damages might not exceed the amount of this settlement, and the judgment could be appealed, resulting in further lengthy delays.

**G.    Claims Administrator**

The Claims Administrator will receive a payment for handling the claims administration for this case and its costs. This will be paid from the Total Settlement Fund. Contact information for the claims administrator is:

**Ascension Settlement**
**c/o Rust Consulting, Inc. - 8302**
**PO Box 2396**
**Faribault, MN 55021-9096**
**Toll Free Phone No.: (866) 459-3647**
**info@ReligiousClaim.com**
**www.religiousclaim.com**

The claim administrator's web site is: www.religiousclaim.com. On the website, you may make a claim, request exclusion, or serve the Claims Administrator with objections to the Settlement. You may also review and download a copy of (a) the Third Amended Complaint, (b) Settlement Agreement, (c) Motion for Class Counsel's Attorney Fees and Costs, (d) Preliminary Approval Order, and (e) the Claim and Exclusion Forms.

| **4.    WHAT ARE YOUR RIGHTS AS A CLASS MEMBER?** |
| --- |

**A.    To Make a Claim and be Part of The Settlement Class**

Any Class Member receiving this form who wishes to make a claim and receive funds from the State Subclass Net Settlement Fund MUST submit a Claim Form. To submit a valid claim, the Class Member must provide all of the required information contained on the Claim Form, and attest that they requested a religious exemption from the COVID-19 vaccine policy, were suspended or forced to leave Ascension employment because their request for religious exemption was denied, and number of weeks they were suspended or removed from Ascension employment due to vaccine non-compliance before they were either recalled by Ascension or obtained other employment.

The Claim Form must be signed, dated, completed, and returned either electronically or by mail to:

**Ascension Settlement**
**c/o Rust Consulting, Inc. - 8302**
**PO Box 2396**
**Faribault, MN 55021-9096**
**Toll Free Phone No.: (866) 459-3647**
**info@ReligiousClaim.com**
**www.ReligiousClaim.com**

**B.    Excluding Yourself from the Settlement**

Any Class Member receiving this form who does **NOT** wish to participate in the Settlement may exclude themselves (i.e., "opt-out") by completing the Exclusion Form. The Exclusion Form must be signed, dated, completed, and returned electronically or by mail to:

**Ascension Settlement**
**c/o Rust Consulting, Inc. - 8302**
**PO Box 2396**
**Faribault, MN 55021-9096**
**Toll Free Phone No.: (866) 459-3647**
**info@ReligiousClaim.com**
**www.ReligiousClaim.com**

The Exclusion Form must be submitted online or postmarked no later than August 23, 2023. **If you submit an Exclusion Form which is postmarked after August 23, 2023, your Exclusion Form will be rejected, and you will be bound by the Release and all other Settlement Terms.**

Any person who files a complete and timely Exclusion Form shall, upon receipt by the Claims Administrator, no longer be a member of the Settlement Class, shall be barred from participating in any portion of the Settlement, and shall receive no benefits from the Settlement. Any such person, at their own expense, may pursue individually any claims he/she may have against Ascension. If you wish to exclude yourself and wish to pursue an individual action, you should know there are time limits on your right to file any such individual action.

## C. Objection to Settlement

You can object to the terms of the Settlement before final approval. If the Court rejects your objection, you will still be bound by the terms of the Settlement. To object to the Settlement, you must file a written objection and any notice of intention to appear at the final approval hearing currently set for October 5, 2023, at 11:00 AM, with the Clerk of the United States District Court, Western District of Michigan located at 601 Federal Building, Grand Rapids, MI and send copies to the following via registered or certified mail:

| CLASS COUNSEL: | DEFENDANT'S COUNSEL: | CLAIMS ADMINISTRATOR: |
|---|---|---|
| Noah S. Hurwitz (P74063) | Maurice G. Jenkins (P33083) | Ascension Settlement |
| Grant M. Vlahopoulos (P85633) | Allan S. Rubin (P44420) | c/o Rust Consulting, Inc. - 8302 |
| Kara F. Krause (P85487) | Elyse K. Culberson (P82132) | PO Box 2396 |
| HURWITZ LAW PLLC | JACKSON LEWIS P.C. | Faribault MN 55021-9096 |
| Attorneys for Plaintiffs | 2000 Town Center, Ste. 1650 | info@ReligiousClaim.com |
| 617 Detroit Street, Ste 125 | Southfield, MI 48075 | www.religiousclaim.com |
| Ann Arbor, MI 48103 | (248) 936-1900 | |
| (844) 487-9489 | maurice.jenkins@jacksonlewis.com | |
| noah@hurwitzlaw.com | allan.rubin@jacksonlewis.com | |
| grant@hurwitzlaw.com | elyse.culberson@jacksonlewis.com | |
| kara@hurwitzlaw.com | | |
| | Patricia Pryor | |
| James A. Thomas (P80931) | JACKSON LEWIS P.C. | |
| JIMMY THOMAS LAW | 201 E. Fifth Street, 26th Floor | |
| Attorneys for Plaintiffs | Cincinnati, OH 45202 | |
| 1925 Breton Road SE, Ste 250 | (513) 898-0050 | |
| Grand Rapids, MI 49506 | Patricia.pryor@jacksonlewis.com | |
| (616) 747-1188 | | |
| jimmy@jimmythomaslaw.com | | |

Any written objections must state specific reasons in support of your objection and any legal support for each objection. Your objection must also state your (i) full name, (ii) current address, (iii) dates of employment and location worked during the Class Period, (iv) the last four digits of your social security number, (vi) whether the objection applies to you individually, a subset of the Settlement Class or to the Settlement Class as a whole; and the basis for your objection with specificity.

To be valid and effective, any objections to approval of the Settlement must be filed with the Clerk of the Court and received by each of the above-listed attorneys no later than August 23, 2023. **A PARTY WHO OBJECTS TO THE SETTLEMENT MAY NOT EXCLUDE THEMSELVES FROM THE SETTLEMENT.**

## DO NOT TELEPHONE THE COURT.

If you choose to file an objection to the terms of this Settlement, you may enter an appearance in this case either with or without your own attorney. To do so, you must file an Entry of Appearance with the Clerk of the Court and deliver copies to each of the attorneys listed above. Such Entry of Appearance must be filed with the Court and received by the above attorneys no later than August 23, 2023. You may continue as a Settlement Class Member either with or without your own attorney, but you will be solely responsible for the fees and costs of your own attorney. The final approval hearing at which the Court will be asked to approve the Settlement will be at 11:00 AM on THURSDAY, OCTOBER 5, 2023, before the Hon. Jane M. Beckering of the United States District Court, Western District of Michigan, 601 Federal Building, Grand Rapids, MI.

**D.**    **Do Nothing**

If you are a Class Member and do nothing in response to this Notice, *you will be bound by the Release, but you will not receive a settlement payment.* If you do not want to be bound by the Release, you must exclude yourself from the settlement by submitting the Exclusion Form.

**E.**    **No Retaliation**

Whether you submit a claim, exclude yourself from this settlement, object to this settlement or do nothing, you are protected by law from retaliation. Ascension does not tolerate or engage in retaliation.

**F.**    **Contacting the Claims Administrator**

If you wish to contact the Claims Administrator, you can do so either by mail or telephone using the information in Paragraph 4(a) above. Please tell them you are contacting them regarding "Albright v. Ascension Health Alliance et al."

## 5.    EFFECT OF THE SETTLEMENT

**A.**    **Released Rights and Claims**

It is the desire of the Named Plaintiffs, all Class Members who have not excluded themselves, and all Ascension entities to settle, compromise, and discharge the Released Claims fully, finally, and forever. After the Final Approval Order has become final and non-appealable, the Named Plaintiffs and each Class Member shall be bound by this Agreement as to the Released Claims, as defined above in section 3(D), and shall have recourse exclusively to the benefits, rights and remedies provided hereunder. In exchange for the consideration provided pursuant to this Agreement, Named Plaintiffs and each Class Member shall be deemed to have, and by operation of the Settlement Approval/Dismissal Order and Judgment shall have, fully, finally and forever released, relinquished and discharged the Released Parties from the Released Claims.

## 6.    FINAL SETTLEMENT APPROVAL HEARING

The Court will hold a hearing in the United States District Court, Western District of Michigan, 601 Federal Building, Grand Rapids, MI on THURSDAY, OCTOBER 5, 2023, at 11:00 AM to determine whether the Settlement should be finally approved as fair, reasonable, and adequate. The Court also will be asked to approve Class Counsel's request for attorneys' fees, reimbursement of costs. Class Counsel's final application for attorney fees and reimbursement of costs will be on file with the Court no later than September 21, 2023, and will be available for review after that date.

The hearing may be continued without further notice to the Settlement Class. **It is not necessary for you to appear at this hearing unless you wish to argue an objection.**

**DO <u>NOT</u> TELEPHONE THE COURT OR THE OFFICE OF THE CLERK FOR INFORMATION REGARDING THIS SETTLEMENT OR THE CLAIM PROCESS!**

IF YOU ARE SEPARATELY REPRESENTED BY YOUR OWN COUNSEL, DO NOT CONTACT CLASS COUNSEL; HAVE YOUR ATTORNEY CONTACT CLASS COUNSEL

**BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

# EXHIBIT B

ASCENSION SETTLEMENT
C/O RUST CONSULTING INC - 8302
PO BOX 2396
FARIBAULT MN 55021-9096

**IMPORTANT LEGAL MATERIALS**

FOR OFFICIAL USE ONLY

01

CF Page 1 of 2

# CLAIM FORM

***Albright et al. v. Ascension Michigan et al.***
United States District Court for the Western District of Michigan
Case No. 1-22-cv-00638-JMB-SJB

## <u>INSTRUCTIONS</u>

**Read and Follow Carefully**

1.  To receive a Settlement Payment as described in the accompanying Notice, you must do one of the following:

    a.  Complete the information requested on the Claims Administrator's Web Site www.religiousclaim.com on or before August 23, 2023; or

    b.  Sign, date, and mail, email, or upload to the Claims Administrator's Web Site the fully completed Claim Form on or before August 23, 2023. It is strongly recommended that you retain proof of your timely submission and a copy of your Claim Form until receipt of your Settlement Payment should the Settlement be granted final approval.

2.  If you move, or if the address at which you received the Notice and this Claim Form is different than your current address, you must correct the address in the space provided on the Claim Form and/or call the Claims Administrator at (866) 459-3647, to notify the Administrator of your correct address. It is your responsibility to keep a current address on file with the Claims Administrator to ensure receipt of your Settlement Payment.

3.  A pre-printed, postage pre-paid return envelope has been enclosed for your convenience. It is addressed to the Claims Administrator. If you have lost or misplaced your Claim Form, or the return envelope, you may mail the Claim Form to the Claims Administrator, via first class mail postage affixed, to the address shown below or it may be submitted by email or uploaded to the Claims Administrator's web site. Please note that if you are returning more than the Claim Form in the enclosed envelope, additional postage may be required. The Claims Administrator's address, toll-free phone number, email, and website are as follows:

**Ascension Settlement**
c/o Rust Consulting, Inc. - 8302
PO Box 2396
Faribault MN 55021-9096
Toll Free Phone No.: (866) 459-3647
Info@religiousclaim.com
www.religiousclaim.com

IF YOU HAVE QUESTIONS REGARDING THIS CLAIM FORM OR THE SETTLEMENT, PLEASE CONTACT THE CLAIMS ADMINISTRATOR AT ITS TOLLFREE LINE, (866) 459-3647 OR VIA EMAIL AT: INFO@RELIGIOUSCLAIM.COM. YOU MAY ALSO VISIT THE CLAIMS ADMINISTRATOR'S WEB SITE AT: WWW.RELIGIOUSCLAIM.COM.

PLEASE REMEMBER: IT IS YOUR OBLIGATION TO INFORM THE CLAIMS ADMINISTRATOR OF ANY CHANGE TO YOUR MAILING ADDRESS PRIOR TO YOUR RECEIPT OF YOUR SETTLEMENT PAYMENT. FAILURE TO UPDATE YOUR MAILING ADDRESS MAY PREVENT YOUR RECEIPT OF YOUR SETTLEMENT PAYMENT.





*TO RECEIVE A SETTLEMENT PAYMENT THIS FORM MUST BE SUBMITTED AND RETURNED BY: AUGUST 23, 2023.*

*Please Provide All of the Requested Information Below*

### SECTION I – IDENTIFYING INFORMATION

Name: _____

Address: _____

City: _____ State: ____ ____ Zip: ____ ____ ____ ____ ____

Best Phone Number: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

Social Security No.: ____ ____ ____ - ____ ____ - ____ ____ ____ ____

E-Mail Address: _____

### SECTION II –  CLAIM INFORMATION

Name of Ascension Entity ("Ascension") for Whom you Last Worked Prior to November 12, 2021: _____

_____

State Where You Last Worked for Ascension Before November 12, 2021: ____ ____ Number of Weeks Unemployed: _____

Job Title of Last Position Worked Before November 12, 2021: _____

Date of Suspension from Ascension or Date Last Worked: ____ ____/____ ____/____ ____ ____ ____

Date other employment obtained: ____ ____/____ ____/____ ____ ____ ____

Date recalled to work at Ascension: ____ ____/____ ____/____ ____ ____ ____

### SECTION III – CLASS MEMBER ATTESTATION

By my signature below, I hereby declare and affirm all of the following are true and correct:
1.   I requested a religious exemption from the COVID-19 vaccine policy;
2.   I have a sincerely held religious belief that conflicts with receiving the COVID-19 vaccine;
3.   I was suspended or forced to leave Ascension employment because my request for religious exemption was denied.

### SECTION IV – RELASE AND SIGNATURE

My signature constitutes a full and complete release, as of the date of final judgment to be entered approving the Settlement, and fully and finally releases and discharges (i) Ascension; (ii) Ascension Health Alliance; (iii) all Defendants in Case No. 1-22-cv-00638-JMB-SJB in the United States District Court for the Eastern District of Michigan; (iv) all related or affiliated entities of the foregoing that adopted the Ascension Health Alliance, or a substantially similar, COVID-19 Vaccination Policy; (v) the respective past, present and future parents, subsidiaries, joint ventures, insurers, related entities and affiliates of any of the foregoing; (vi) the past, present and future shareholders, directors, officers, members, managers, agents, employees, attorneys, insurers, predecessors, successors and assigns of any of the foregoing; and (vii) any individual or entity which could be jointly liable with any of the foregoing from any and all of the Released Claims as described in the Class Notice, Section 3(D).

### SECTION V – SUBMITTING ON BEHALF OF A DECEASED OR INCAPACITATED CLASS MEMBER

If you are submitting this Claim Form on behalf of a class member who has passed away or has become incapacitated, please provide details about the capacity in which you are submitting this Claim Form on a separate sheet and include any documents granting you legal authority to submit this Claim Form on their behalf.

### SECTION VI  – DATE AND SIGNATURE ARE REQUIRED

Signature: _____ Date: ____ ____/____ ____/____ ____ ____ ____

Type or Print Name: _____

**THIS CLAIM FORM MUST BE POSTMARKED, EMAILED OR UPLOADED TO THE CLAIMS ADMINISTRATOR'S WEB SITE ON OR BEFORE AUGUST 23, 2023.**

# EXHIBIT C

ASCENSION MICHIGAN SETTLEMENT
C/O RUST CONSULTING INC - 8302
PO BOX 2396
FARIBAULT MN 55021-9096

**IMPORTANT LEGAL MATERIALS**

```
* 0 1 2 3 4 5 6 7 8 9 *
```

FOR OFFICIAL USE ONLY

08

EXCL Page 1 of 1

# EXCLUSION FORM

UNITED STATES DISTRICT COURT, THE WESTERN DISTRICT OF MICHIGAN
*ALBRIGHT V. ASCENSION MICHIGAN ET AL.*
**CASE NO. 1-22-CV-00638-JMB-SJB**

Name: _____

Address: _____

City: _____  State: _____  Zip: ____ ____ ____ ____ ____

Best Phone Number: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___  Last four digits of Social Security Number: X X X - X X - ____ ____ ____ ____

E-Mail Address: _____  Location Worked: _____

You received the Class Notice. To exclude yourself from the Class and its Settlement, you must sign and return this Exclusion Form, which must be submitted online or **postmarked** no later than August 23, 2023. This form must be mailed, uploaded to the website, or submitted electronically to the Claims Administrator at the below address:

Ascension Settlement
c/o Rust Consulting, Inc. - 8302
PO Box 2396
Faribault MN 55021-9096
info@religiousclaim.com
www.religiousclaim.com

**BY SUBMITTING THIS FORM, I AM CONFIRMING THAT IT IS MY DECISION <u>NOT</u> TO PARTICIPATE IN THIS CLASS ACTION AND <u>NOT</u> TO BE INCLUDED AS A CLASS MEMBER IN THIS CLASS ACTION. <u>I UNDERSTAND THAT I WILL RECEIVE NO MONEY FROM THIS SETTLEMENT FOR ANY LOSS OR DAMAGES I MAY HAVE SUFFERED AS A RESULT OF BEING DENIED A RELIGIOUS ACCOMMODATION.</u>**

I confirm that (a) I have received notice of the proposed settlement including its class definition, (b) I have decided to be excluded from the Class, and (c) I have decided not to participate in the proposed settlement. By excluding myself, I understand that I am waiving my right to object to the settlement.

Signature: _____  Date: ____ ____/____ ____/____ ____ ____ ____
                                                                                                                        (mm/dd/yyyy)

Type or Print Name: _____





# EXHIBIT D



# Informational Invoice

625 MARQUETTE AVENUE, SUITE 900
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE:  9/19/2023

MATTER #:  8302

| PROJECT |
|---|
| *Albright v Ascension* |
| *Settlement Administration Services* |

| | | |
|---|---|---|
| Database Development | $ | 2,686.00 |
| Initial Mailed Notice | | 14,546.02 |
| Follow-up | | 3,420.25 |
| Processing and Administration | | 6,086.00 |
| Telephone Support | | 3,777.00 |
| Website Services | | 2,166.00 |
| Project Management | | 13,361.00 |
| Technical Consulting | | 5,407.00 |
| Expenses: Other Charges and Out-of-pocket Costs | | 2,722.00 |
| Project Total to Date | $ | 54,171.27 |

# EXHIBIT E

Exhibit B

## Exclusion List

| Claimant ID | EmployeeID | Name | JobTitle - Data Provided |
|---|---|---|---|
| 10153 | 10337845 | ABIGAIL E FLEENOR | RN-OPERATING ROOM |
| 14342 | 10508862 | ALAYNAH WEISEND | APRN-NURSE PRACTITIONER |
| 19897 | 10516982 | ALIVIA MARY CAMERON | PATIENT TRANSPORTER |
| 10900 | 10313496 | ALYSSA N HOLZAPPEL | THERAPIST-PHYSICAL |
| 13932 | 10190168 | AMANDA J THIERGARTNER | PHYSICIAN ASST |
| 12737 | 10191419 | AMANDA PISANO | RN-FLOAT |
| 15301 | 10489238 | AMBER M COUGHLIN | SOCIAL WORKER |
| 15578 | 10229248 | AMBER R GASTON | RN-CLINIC |
| 29223 | 10159831 | AMBER STEINMAN | NURSING ASSISTANT |
| 4732 | 10005782 | AMY BROOKS | THERAPIST-PHYSICAL |
| 20244 | 10347843 | AMY E CLELAND | THERAPIST-PHYSICAL |
| 5425 | 10252361 | AMY FARLEY | RN-FLOAT |
| 42093 | 10280151 | AMY L FARLEY | SW-CASE MGMT |
| 26215 | 10158667 | AMY S MOREHEAD | REGISTERED NURSE |
| 11341 | 10096479 | ANA KIELY | APRN-NURSE PRACTITIONER |
| 38904 | 10072211 | ANDREA A GUST | THERAPIST-PHYSICAL |
| 8662 | 10101550 | ANDREA ABNEY | RN-REGISTERED NURSE |
| 8631 | 9813 | ANDREW A ZENTHOFER | SUPERVISOR FACILITIES |
| 5388 | 10036513 | ANGELA RENEE ESPINOSA | TECHNOLOGIST-MRI |
| 37686 | 10090630 | ASHLEY ANN ARMSTRONG | MEDICAL LAB SCIENTIST (MLS) |
| 12744 | 10356331 | ASHLEY BREANNE PLOUGHE (NOW WILLIS) | RN-REGISTERED NURSE |
| 1496 | 10420728 | ASHLEY GIBBS | MEDICAL ASST-CERT |
| 11310 | 10095317 | ASHLEY MARIE KENYON | APRN-NURSE MIDWIFE-CERTIFIED |
| 43250 | 10273799 | ASHLEY NICOLE LEONARD | TECHNOLOGIST-SURGICAL |
| 34586 | 10411995 | AUDREY AVERY | RN-CLINIC |
| 41041 | 10540522 | BAHAREH APRIL SAB | MEDICAL ASST-CERT |
| 12751 | 10113149 | BARBARA J PLUHAR | ASST-OFFICE OPERATIONS |
| 44295 | 10272643 | BARBARA J REYNARD | TECHNOLOGIST-RADIOLOGY |
| 9669 | 10182379 | BETH A COOK | RN-REGISTERED NURSE |
| 12249 | 10369449 | BETHANY MONTE | APRN-NURSE MIDWIFE-CERTIFIED |
| 41683 | 10321394 | BOJANA CAUSEVIC | RN-FLOAT |
| 9591 | 10209125 | BRANDON SCOTT COLE | RN-REGISTERED NURSE |
| 11266 | 10106706 | BRANDY RACHELLE KEHRT | TECHNOLOGIST-SURGICAL-CERT |
| 10719 | 10006336 | BRENDA KAY HARTMAN | MGR-ACCOUNTING AND REPORTING |
| 43434 | 10285440 | BRENDA S MANCHESKI | RN-REGISTERED NURSE |
| 43687 | 10278138 | BRIAN A MILLER | ASST-OCCUPATIONAL THERAPY |
| 46244 | 10519378 | CAMERON ALEXIS PHILLIPS | NURSING ASST-CERTIFIED |
| 23160 | 10368438 | CARRIE A HERBOLSHEIMER | RN-REGISTERED NURSE |
| 24969 | 10180278 | CATHY A LELO | RN-REGISTERED NURSE |
| 11594 | 10431872 | CECILIA MARIE LESCH | RN-OPERATING ROOM |
| 9911 | 10116897 | CHAD C DENNEY | RN SPV-NURSING |
| 33343 | 10230915 | CHELSEA S MCFALL | RN-REGISTERED NURSE |
| 6811 | 10469511 | CHERRA FAYE PUMPHREY | PHYSICIAN |
| 30977 | 10362084 | CHERYL ZABARONI | COORD-PHYSICIAN PRACTICE |
| 12591 | 10580808 | CHRIS PARR | COUNSELOR-BEHAVIORAL HLTH LIC |
| 39123 | 10207382 | CHRISTIAN HEYMAN | CLERK-INVENTORY-SCM |
| 19187 | 10181008 | CHRISTIANNA G BOENSCH | TECHNOLOGIST-MAMMOGRAPHER |
| 5043 | 10052780 | CHRISTINA CECILIA CORLETTE | CASE MANAGER |
| 40761 | 10063074 | CHRISTINE F TACORDA | RN-EMERGENCY DEPT |
| 20114 | 10180874 | CHRISTINE M CHANT | ASST-MEDICAL RECORDS |

Exhibit B

## Exclusion List

| | | | |
|---|---|---|---|
| 239 | 10047746 | CHRISTY BARBER | TECHNICIAN-MEDICAL LAB (MLT) |
| 20121 | 10480649 | CINDY CHAPMAN | RN-OPERATING ROOM |
| 9041 | 10339671 | CINDY L BISHOP | TECHNOLOGIST-RADIOLOGY |
| 25812 | 10378125 | CINDY MEDEMA | REP-BILLING |
| 18111 | 10314644 | COLLEEN ADAMS | RN-REGISTERED NURSE |
| 26604 | 10144431 | COLLEEN NITSCHKE | RN-REGISTERED NURSE |
| 41744 | 10274231 | COURTNEY RENAE CLAYTON | RN-CHARGE |
| 44585 | 10422879 | COURTNEY SCHNEIDER | RN-MED SURG |
| 30311 | 10156995 | DAFNE I WARD | SURGICAL ANESTHESIA ASSOCIATE |
| 22996 | 10164781 | DANA L HATFIELD | REP-PHYSICIAN REFERRALS |
| 45667 | 10277379 | DANIEL W ZAJICEK | PHYSICIAN ASST |
| 13628 | 10337427 | DANIELLA COURTNEY STAFFORD | APRN-NURSE PRACTITIONER |
| 45032 | 10273422 | DANIELLE R SWEDBERG | TECHNOLOGIST-RADIOLOGY |
| 21128 | 10173918 | DANIELLE RAE DRAGER | MGR-TECHNOLOGY |
| 38003 | 10203818 | DAVID LEE CARMACK | PHYSICIAN |
| 41980 | 10318060 | DEBBIE K DLUGOPOLSKI | THERAPIST-OCCUPATIONAL |
| 41362 | 10282541 | DEBORAH A BARTMANN | APRN-NURSE PRACT-PRESC AUTHORI |
| 28257 | 10179875 | DEBORAH L ROSZATYCKI | RN-REGISTERED NURSE |
| 21258 | 10205776 | DEBRA ANN DUVALL | TECHNICIAN-EEG |
| 13901 | 10123233 | DELLA M TAYLOR | MEDICAL ASST-CERT |
| 16148 | 10539844 | DENISE ANNETTE KEMP | TECHNOLOGIST-MULTIMODALITY |
| 23207 | 10151103 | DIANE M HICKOX | APRN-NURSE PRACT-PRESC AUTHORI |
| 9201 | 10106968 | DONNA JO BOWLES | RN-REGISTERED NURSE |
| 9324 | 10110668 | DONNA S BRYANT | RN-OPERATING ROOM |
| 10498 | 10483580 | DONNA YVONNE GRANT | RN-REGISTERED NURSE |
| 41409 | 10278255 | EDWARD D BAYER | PHYSICIAN |
| 12485 | 10126009 | ELIZABETH L NIEHAUS | PHARMACIST |
| 27076 | 10135642 | ELIZABETH THERESE PARUS | APRN-CRNA-RN ANESTHETIST |
| 8853 | 10183986 | EMILY J BAKER | RN-FLOAT |
| 1885 | 10486859 | ERICA MIRANDA HOLLAND | CLERK-INVENTORY-SCM |
| 10221 | 10101733 | ERIKA ANN FOWLER | TECHNOLOGIST-SURGICAL-CERT |
| 10412 | 10104672 | ERIN NICOLE GILLESPIE | RN-REGISTERED NURSE |
| 13512 | 10096639 | EVYONNE L SMITH | LPN-CLINIC |
| 35811 | 10436754 | FELICITE ISRAEL | HOME HEALTH AIDE |
| 31813 | 10518300 | FERNAND THEOGENE | PHYSICIAN |
| 10818 | 10102065 | GARY D HIGGINBOTHAM | THERAPIST-PHYSICAL |
| 22118 | 10151265 | GINA L GANGNIER | RN-REGISTERED NURSE |
| 45766 | 10060958 | GINA LA TULIPE | THERAPIST-PHYSICAL |
| 7351 | 10220715 | GLENN E SUMMERS, JR., M.D. | PHYSICIAN |
| 23542 | 10491277 | HALEY M IZWORSKI | MEDICAL LAB SCIENTIST (MLS) |
| 41256 | 10273309 | HEATHER J ANDERSON | THERAPIST-PHYSICAL |
| 11358 | 10411713 | HEATHER L KING | RN COORD-CLINICAL PROGRAMS |
| 33282 | 10515241 | HEATHER MCCARTHY | RN-REGISTERED NURSE |
| 8556 | 3563 | HERB J CAINE | PAINTER II |
| 32629 | 10231226 | ITAREA MINYON FOREMAN | ASST-MEDICAL LAB PHLEBOTOMIST |
| 17329 | 10237053 | JAIME RAE WARD | ASST-IMAGING SVCS |
| 9171 | 10100908 | JAMES BOTNER | PHARMACIST |
| 45391 | 10274465 | JAMIE SUE WEIR | RN-CLINIC |
| 32360 | 10225892 | JANE A CHEVELEVA | ASST-NURSING |
| 37433 | 10615282 | JANET MCSHALL BOGAN | TECHNICIAN-PATIENT CARE PCT |
| 5357 | 10528754 | JASON D ELLIS | DIR-STERILE PROCESSING |

# Exhibit B

## Exclusion List

| | | | |
|---|---|---|---|
| 20398 | 10143815 | JAYME L CORNEILLIE | RN-OPERATING ROOM |
| 36214 | 10202670 | JEANETTE S MCCORD | MEDICAL ASST-CERT |
| 12607 | 10117175 | JEMAEL LEANN PARTLOW | TECHNOLOGIST-SURGICAL-CERT |
| 15431 | 10239014 | JENNI L ECK | RN-WOUND CARE |
| 3261 | 10293562 | JENNIFER ANN ROWLEY | THERAPIST-PHYSICAL |
| 9621 | 10101648 | JENNIFER L COLLINS | RN-WOUND CARE |
| 11136 | 10097666 | JENNIFER LEE JIMENEZ | APRN-NURSE PRACTITIONER |
| 9980 | 10120320 | JENNIFER MARIE DOSSETT | DENTAL HYGIENIST |
| 11907 | 10489544 | JENNIFER MAUPIN | APRN-NURSE PRACTITIONER |
| 42406 | 10409463 | JEREMY S HALCOMB | SR ADVISOR-BUS DEVELOPMENT |
| 45704 | 10039736 | JERRY ZIEMENDORF | ASST-PHYSICAL THERAPIST |
| 11181 | 10260767 | JESSICA LYNN JONES | MEDICAL ASST-CERT |
| 27175 | 10347910 | JESSICA M PAWELEK | THERAPIST-RESPIRATORY-REG |
| 16919 | 10241927 | JILL L SAGE | LPN-CLINIC |
| 43861 | 10512060 | JILL LYNN NALL | ASST-OFFICE OPERATIONS |
| 7023 | 10000371 | JOANNE SAJOWITZ | RN-MED SURG |
| 20206 | 10481499 | JOHN CHESEBRO | SPECIALIST-INFORMATIC-CLIN MWF |
| 21616 | 10499439 | JOHN ESSEX | RN SURGICAL SPECIALTY BMC |
| 40471 | 10132031 | JON C SANDERS | SPV-RADIOLOGY |
| 40495 | 10546572 | JORDYN SCHMITZ | MEDICAL ASST-CERT |
| 10269 | 10253924 | JOSHUA GAVIN FREDERICK | PHYSICIAN-HOSPITAL |
| 8341 | 10103941 | JOSHUA M MILLER | TECHNOLOGIST-MULTIMODALITY |
| 9287 | 10133812 | JOSIE L BROWN | RN-REGISTERED NURSE |
| 41294 | 10284442 | JUDITH A BAETEN | RN-OPERATING ROOM |
| 38140 | 10027260 | JUDSON W COONROD | TECHNOLOGIST-SURGICAL-CERT |
| 27984 | 10217583 | JULIANNE JAMIE RHODES | TECHNOLOGIST-INTERVENTIONAL |
| 42413 | 10326293 | JULIE M HALEY | RN-EMERGENCY DEPT |
| 35255 | 10009871 | JULIE W DUNNEWOLD | RN-LABOR & DELIVERY |
| 8648 | 10209 | JUSTON K ZENTHOFER | FACILITIES TECH II |
| 6477 | 10415030 | KALA RAYNITA MURRELL | ASST-MEDICAL LAB PHLEBOTOMIST |
| 26376 | 10179468 | KAREN A MUNSON | RN-REGISTERED NURSE |
| 20886 | 10382807 | KAREN E DELL | TECHNICIAN-CARDIAC DEVICE |
| 10795 | 10218420 | KAREN L HERSH | TECHNOLOGIST-MAMMOGRAPHER |
| 1908 | 10433709 | KATE HOLMES | RN-CARDIOVASCULAR |
| 42710 | 10283553 | KAYLA ANN JENSEN | MEDICAL ASST-CERT |
| 8792 | 10500050 | KAYLYN APPLEGATE | TECHNOLOGIST-MULTIMODALITY |
| 19453 | 10180289 | KELLY LYNN BREFKA | ASST-OFFICE OPERATIONS |
| 37044 | 10504290 | KELLY R TRIPP | MGR-BEHAVIORAL HEALTH |
| 29315 | 10483479 | KELLY RENEE STRAWSER | APRN-NURSE MIDWIFE-CERTIFIED |
| 41355 | 10280337 | KELSEY JEAN BARTHELS | RN-CLINIC |
| 2912 | 10497841 | KENNY PARK | TECHNOLOGIST-VASCULAR |
| 13796 | 10110615 | KERI ELIZABETH STULTZ | RN-REGISTERED NURSE |
| 16025 | 10241155 | KERRY A HUFF | RN-OCCUPATIONAL HEALTH |
| 41102 | 8721 | KEVIN E JOHNSON | MAINTENANCE MECHANIC I |
| 20657 | 10314177 | KIM CYR | EXERCISE PHYSIOLOGIST |
| 45025 | 10039270 | KIM MARIE SUTYLA WATSON | RN-REGISTERED NURSE |
| 27229 | 10337474 | KIMBERLIE PENOKIE | RN-REGISTERED NURSE |
| 44271 | 10326312 | KIMBERLY A REILLY | RN-REGISTERED NURSE |
| 4527 | 10500026 | KLEJDI BASHA | SR ASST-MED LAB PHLEBOTOMIST |
| 12539 | 10334920 | KRISTEN M OLEJNIK | TECHNOLOGIST-SONOGRAPHY |
| 10085 | 10215801 | KRISTIN EVANS | RN-REGISTERED NURSE |

**Exhibit B**

## Exclusion List

| | | |
|---|---|---|
| 12942 | 10125289 KRISTIN L RICE | RN SPV-NURSING |
| 8891 | 10199187 KRISTINA M BARGA | RN-REGISTERED NURSE |
| 3469 | 10360580 KRISTY SHEFFIELD SMELLEY | PHARMACIST |
| 38393 | 10461208 KRYSTAL DOUGLAS | RN-INTERMEDIATE CARE |
| 35545 | 10544361 KYLE GREEN | TECHNOLOGIST-NUCLEAR MEDICINE |
| 40525 | 10067275 LAMAR A SHAFER | RN-ICU |
| 38829 | 10029638 LAURA GAY GRAY | RN-CARDIOVASCULAR |
| 10207 | 10259588 LAUREN ELIZABETH FORTHOFER | TECHNOLOGIST-MAMMOGRAPHER |
| 39857 | 10287418 LAYNE MARIE MOLOSKY | HEALTH PROMOTER |
| 45056 | 10275305 LEAH JM SZEMBORSKI | EAP COUNSELOR |
| 33756 | 10227992 LEISA C ROBERTS | COUNSELOR-BEHAVIORAL HLTH LIC |
| 12867 | 10113695 LEISA JEAN RANDALL | ASST-UNIT |
| 43175 | 10281746 LESA KAY LAMERS | RN-REGISTERED NURSE |
| 46336 | 10417662 LEWIS SMITH | TECHNOLOGIST-RADIOLOGY |
| 7009 | 10134011 LEWIS STEVEN ROY | RN-OPERATING ROOM |
| 38768 | 10483407 LILY CATHERINE GOODMAN | TECHNICIAN-PATIENT CARE PCT |
| 29209 | 10476533 LINDA STANYK | THERAPIST-OCCUPATIONAL |
| 36580 | 10009528 LINNEA M PHILLIPS | TECHNICIAN-MEDICAL LAB (MLT) |
| 24136 | 10141232 LISA M KING | RN-8 EAST CRITICAL CARE |
| 44820 | 10491190 LISA SOLOMON | TECHNICIAN-CARDIOVASCULAR |
| 13789 | 10343516 LISA STULTS | APRN-NURSE PRACTITIONER |
| 29407 | 10137634 LIZZIE A SUGGS | RADIOLOGY CLERK |
| 20794 | 10160945 LORI ANNE DAVIS | TECHNOLOGIST-CT |
| 14731 | 10239575 LYNELLE M ANGELL | THERAPIST-PHYSICAL |
| 43090 | 10316710 LYNN KROEGER | TRANSCRIPTIONIST |
| 11419 | 10184237 MADISON A KUHN | RN-REGISTERED NURSE |
| 4800 | 10541797 MARIAH T BURT | MEDICAL ASST |
| 43380 | 10263284 MARIE AGATHA LUKAWSKI | ASST-OFFICE OPERATIONS |
| 20374 | 10160477 MARIKIT DEZIREE ZAMBRANO CORLA | RN NURSING RESOURCE TEAM BMC |
| 26970 | 10348708 MARISA A PALIAROLI-OBRIEN | THERAPIST-RESPIRATORY-REG |
| 43328 | 10043751 MARK LINDSTROM | PHYSICIAN |
| 11372 | 10580285 MARLENE KING-ROBERTS | RN-PATIENT NAVIGATOR |
| 42123 | 10322779 MARY FAVERO | TECHNICIAN-PATIENT CARE PCT |
| 10351 | 10388107 MARZENA GASLAWSKI | RN-REGISTERED NURSE |
| 10931 | 10383671 MATTHEW BRIAN HORNE | ASSOCIATE CHAPLAIN |
| 26000 | 10160351 MEGAN ANN MISHLER | THERAPIST-OCCUPATIONAL |
| 7108 | 10523402 MEGAN DAWN SCHULTE | NURSING INTERN |
| 44127 | 10273835 MEGHAN MICHELLE PRAHL | RN-CHARGE |
| 28127 | 10348347 MELISSA A ROCKAFELLOW | RN-MATERNAL/CHILD L & D |
| 1618 | 10263140 MELISSA ADEL GRIFFIN | RN-EMERGENCY DEPT |
| 30885 | 10499090 MELISSA D YERKES | RN-PACU |
| 18975 | 10181719 MELISSA N BELLENBAUM | TECHNOLOGIST-SONOGRAPHY |
| 574 | 10434180 MICHELLE BURR | TECHNICIAN-MEDICAL LAB (MLT) |
| 39246 | 10468444 MICHELLE L JACKSON | RN-INTERVENTIONAL |
| 11488 | 10495435 MICHELLE LANDIS | RN-REGISTERED NURSE |
| 40648 | 10478028 MICHELLE SNODGRASS | REP-CUSTOMER SVC |
| 14120 | 10524866 MILICA VRANIC | RN-REGISTERED NURSE |
| 37785 | 10069687 MISTIE R BEAMAN | RN SPV-NURSING |
| 31165 | 10388500 MODIENE KANE | SPCLST-TECHNOLOGY |
| 9355 | 10119698 MOLLY A BUEHLER | RN-CLINIC |
| 16070 | 10530845 MONICA CLARE JIRAK | NURSING ASST-CERTIFIED |

## Exhibit B

## Exclusion List

| | | | |
|---|---|---|---|
| 23146 | 10480668 | MONICA HENRY | RN |
| 12430 | 10097529 | MONICA N NALLEY | ASST-OFFICE OPERATIONS |
| 12775 | 10097398 | MONICA POOLE | RN-REGISTERED NURSE |
| 39710 | 10403388 | NANCY COLETTE MCCALLICK | THERAPIST-OCCUPATIONAL |
| 32391 | 10226363 | NANCY G CONGLETON | RN-CLINIC |
| 26253 | 10519622 | NASHELLE MORRIS | TECHNICIAN-PATIENT CARE PCT |
| 41447 | 10042120 | NATALIE ANN BETTIN | RN-NICU |
| 1960 | 10206782 | NOLAN L HUDSON | PHYSICIAN |
| 11990 | 10124169 | PATRICIA LEE MCCULLOUGH | RN-REGISTERED NURSE |
| 10580 | 10102789 | PAUL W HALCZENKO | PHYSICIAN |
| 20084 | 10259155 | PEGGY ANN CHAMBERS | THERAPIST-MASSAGE |
| 42260 | 10272607 | REBECCA A GOODE | ASST-OFFICE OPERATIONS |
| 42352 | 10325499 | REBECCA A GRYZKEWICZ | RN-CHARGE |
| 37846 | 10332230 | REBECCA BROUSSARD | RN-EMERGENCY DEPT |
| 45896 | 10483351 | RHONDA S DAVIS | RN-CLINIC |
| 10337 | 10118607 | RICHARD EARSEL FULKERSON | PHARMACIST |
| 9089 | 10399709 | RICHARD JOSEPH BOKINSKY | PARAMEDIC |
| 9546 | 10380955 | ROBERT CLEMENTS | SR ANALYST-FINANCIAL |
| 31899 | 10262870 | ROBERT RUNGE | ANALYST-TECHNOLOGY |
| 9386 | 10113115 | ROBIN F BURNS | RN-REGISTERED NURSE |
| 8525 | 7070 | ROBIN LESHA BANKS | PURCHASING SPECIALIST I |
| 41331 | 10278127 | ROBIN S BARBER | TECHNOLOGIST-CT |
| 13086 | 10096749 | ROCHELLE M ROTT | RN-FLOAT |
| 16964 | 10235275 | RONEDA R SAUERBRUNN | ASST-ADMINISTRATIVE |
| 38454 | 10498049 | ROSALYNN EMBERTON | ASST-MEDICAL LAB PHLEBOTOMIST |
| 11235 | 10117418 | RYAN R KARIM | RN-TRANSPORT |
| 33831 | 10550571 | RYLIN JO ROUSE | TECHNICIAN-PCT ED |
| 22668 | 10397868 | SABRENA N GULACSIK | RN SPV-NURSING |
| 39369 | 10536931 | SADAF AMAN KARIM | TECHNICIAN-PATIENT CARE PCT |
| 43038 | 10193199 | SAMANTHA LYNN KOLLER | RN-REGISTERED NURSE |
| 9485 | 10112336 | SAMANTHA MARIE CASSIDY | FIRST ASST-SURGICAL |
| 5821 | 10035704 | SAMUEL HUMPHREY | RN-FLOAT |
| 7399 | 10373228 | SANDRA SZOKE | RN-FLOAT |
| 43984 | 10040437 | SANDY L PICCHIOTTINO | RN-REGISTERED NURSE |
| 12423 | 10350774 | SARA R NAEGELE | MEDICAL ASST-CERT |
| 9188 | 10249630 | SARAH BOTNER | PHARMACIST |
| 31066 | 10257748 | SARAH CATHERINE ZUZIAK | THERAPIST-RESPIRATORY-REG |
| 11792 | 10106460 | SARAH JO MACKENZIE | RN-EDUCATOR |
| 10948 | 10221469 | SARAH MAREE HORNER | RN-REGISTERED NURSE |
| 42802 | 10318010 | SAVANNAH A JUNE | RN-CLINIC |
| 8617 | 10055 | SEBASTIAN A STRIZU | ELECTRICIAN II |
| 20299 | 10479456 | SHARON COFFEY | LAB COURIER |
| 25782 | 10399572 | SHELBY MCPHERSON | SPECIALIST-INFORMATIC-CLIN MWF |
| 32735 | 10541075 | SHELLEY GUILFOYLE | RN-FLOAT |
| 44110 | 10044408 | SHELLEY M POWELEIT | TECHNOLOGIST-SONOGRAPHY |
| 20640 | 10140563 | SHELLY CURTIS | COORD-ADMINISTRATIVE |
| 35767 | 10016587 | SHELLY DANYETTE HUDGENS | TECHNICIAN-PHARMACY ADVANCED |
| 27878 | 10480308 | SHELLY REARDON | LEAD REP-PATIENT ACCOUNTS |
| 16124 | 10463211 | SIENNA KAMPS | NURSING ASST-CERTIFIED |
| 43151 | 10479129 | STACEY L KUNESH | ASST-MEDICAL LAB PHLEBOTOMIST |
| 39635 | 10074951 | STANLEY R LUNDRIGAN | RN SPV-EMERGENCY DEPT |

**Exhibit B**

## Exclusion List

| | | | |
|---|---|---|---|
| 18746 | 10348667 | STEPHANIE A BALL | RN-PRE-ADMISSION TESTING |
| 38287 | 10518808 | STEPHANIE DE LA PENA | RN-CLINIC |
| 10306 | 10369163 | STEPHANIE NICOLE FREW | RN-OPERATING ROOM |
| 26079 | 10347270 | STEPHANIE R MOHLMASTER | RN-REGISTERED NURSE |
| 21432 | 10498776 | STEVEN MANNING ELLIS | MAINTENANCE MECHANIC BMC |
| 12522 | 10432852 | STEVEN R OHLHEISER | SECURITY OFFICER |
| 6927 | 10096916 | SUSAN M RIVERS | RN COORD-RESEARCH-NURSING |
| 12546 | 10115891 | SUSANA MERRELL OSBORNE | INTERPRETER |
| 44677 | 10481068 | SUZANNE SCHULZ | ASST-PHYSICAL THERAPIST |
| 42468 | 10284466 | TAMMY KAY HATCH | ASST-OFFICE OPERATIONS |
| 45315 | 10041720 | TAMMY L VOSKUIL | MEDICAL ASST |
| 12973 | 10116228 | TERESA A RIDLEN | RN-REGISTERED NURSE |
| 44660 | 10317337 | TERESA L SCHULTZ | TECHNOLOGIST-SURGICAL |
| 11600 | 10099100 | TERESA MARIE LESCH | RN-OPERATING ROOM |
| 6705 | 10538200 | TERESA MARIE PHILLIPS | RN-REGISTERED NURSE |
| 22514 | 10414781 | THERESA L GORSKI | RN-REGISTERED NURSE |
| 8358 | 10098890 | TIFFANY MILLER | TECHNOLOGIST-MULTIMODALITY |
| 45803 | 10039077 | TIMOTHY BELL | TECHNOLOGIST-SONOGRAPHY |
| 1427 | 10049288 | TINA FRIEDRICH | RN-BEHAVIORAL HEALTH |
| 1489 | 10007649 | TRACEY ANN GERMAN | RN-EMERGENCY DEPT |
| 10665 | 10104200 | TRACEY LYNN HARBAUGH | RN-REGISTERED NURSE |
| 10238 | 10421964 | VALERIE FRALIC | RN-REGISTERED NURSE |
| 14427 | 10195144 | VICTORIA WILLOUR | ASST-UNIT |
| 5715 | 10031082 | WENDELL K HERREN | LEAD-MED LAB SCIENTIST (MLS) |
| 21371 | 10529273 | WESLEY RYAN EICHORN | PHYSICIAN |
| 22361 | 10215622 | YAKIMA PHONDORIA GIVENS | NURSING ASSISTANT |
| 32438 | 10227843 | YVONNE CROOK | ASST-CREDENTIALING |