UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:22-cv-638 | 10/5/2023 | 10:56 AM – 12:15 PM; 12:30 – 12:56 PM | Grand Rapids | Jane M. Beckering |

### CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| Karen Albright, et al. | Ascension Michigan, et al. |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Noah Hurwitz<br>James Andrew Thomas, Jr.<br>Brendan John Childress | Plaintiffs |
| Allan S. Rubin<br>Patricia Anderson Pryor | Defendants |
| William Bock, III | Objectors |

### PROCEEDINGS

**NATURE OF HEARING:**  Fairness Hearing held; Parties to submit a proposed Order

Court Reporter:  Genevieve Hamlin
Law Clerk:   Hillary Aarons