UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ALBRIGHT, et al.,

    Plaintiffs,

v.

ASCENSION MICHIGAN, et al.,

    Defendants.
_____/

Case No. 1:22-cv-638

HON. JANE M. BECKERING

## ORDER

On October 5, 2023, an in-person fairness hearing was held wherein this Court considered Plaintiffs' Motion for Final Approval of Class Action Settlement, Attorneys' Fees, and Litigation Expenses.  After hearing arguments from the parties, as well as from Objectors' counsel, this Court finds that the Settlement Agreement is fair, reasonable, and adequate, and that the Fed. R. Civ. P. 23 requirements to certify the class are met.  Accordingly, the Court GRANTS Plaintiffs' Motion for attorneys' fees and costs and GRANTS final approval to the settlement.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Final Approval of Class Action Settlement, Attorneys' Fees, and Litigation Expenses (ECF No. 117) is GRANTED because the Settlement Agreement is fair, reasonable, and adequate.

**IT IS FURTHER ORDERED** that the Settlement Class is hereby certified.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Attorneys' Fees and Expenses is GRANTED and Class Counsel is hereby awarded one-third of the Settlement Fund, after the deduction of costs.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded at least $54,171.27 in litigation costs based on the September 19, 2023 Informational Invoice submitted by the Claims Administrator, as well as any future invoices submitted by the Claims Administrator for reasonably necessary costs regarding the instant Settlement Agreement, as reviewed and approved by Plaintiffs' counsel prior to disbursement.

**IT IS FURTHER ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Jane M. Beckering, United States District Judge, shall be filed with the Court no later than <u>November 13, 2023</u>.


Dated:  October 6, 2023                             /s/ Jane M. Beckering
                                                    JANE M. BECKERING
                                                    United States District Judge