UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF THE REASSIGNMENT OF            Administrative Order
RELATED AND COGNATE COVID VACCINE CASES        No. 24-CA-042
_____/

WHEREAS Magistrate Judge Phillip J. Green has previously found a number of cases involving religious challenges to mandatory Covid vaccine policies to be related to each other and to other pending cases assigned to Judge Jane Beckering and Magistrate Judge Phillip Green, *see* W. D. Mich. LCivR. 3.3.1(d)(iii), and/or that the respective cases are cognate, *see* W. D. Mich. LCivR. 3.3.2(c).

WHEREAS, after receiving the consent of the other judges, Chief Judge Jarbou issued Amended Administrative Order No. 23-CA-037, effecting the reassignment of certain of those cases, as well as the assignment of subsequent religious challenges to mandatory Covid vaccine policies, to Judge Beckering and to Magistrate Judge Green.

WHEREAS the number of such cases has exceeded that anticipated by the Court, and that the judicial efficiencies of cognate case designation are no longer extant.

WHEREAS the Article III judges of this district have approved a modification of the procedure for case assignment of these cases to eliminate the use of the cognate case designation.

**IT IS HEREBY ORDERED** that Amended Administrative Order No. 23-CA-037 is hereby **RESCINDED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall, from the date of this Administrative Order until this Order is rescinded, refer all cases raising religious challenges to mandatory Covid vaccine policies to Magistrate Judge Green for a determination as to whether the

given case is related to other such cases pending before Judge Beckering pursuant to W. D. Mich. LCivR. 3.3.1(d)(iii).

**IT IS FURTHER ORDERED** that Magistrate Judge Green shall review all cases referred to him under this Administrative Order for a determination as to whether they are related to pending cases before Judge Beckering.

**IT IS FURTHER ORDERED** that all cases deemed related under the provisions of this Administrative Order shall be assigned to Judge Beckering AND to Magistrate Judge Green; those not deemed related shall be randomly assigned to a district judge.

**IT IS FURTHER ORDERED** that Judge Beckering's draw of other civil cases will be adjusted to account for each of the additional related cases she receives under this Administrative Order.

**IT IS FURTHER ORDERED** that all cases involving religious challenges to mandatory Covid vaccine policies shall be assigned to Magistrate Judge Green, regardless of the district judge assigned.

**IT IS FURTHER ORDERED** that a copy of this Administrative Order shall be filed in each of the cases referenced in Amended Administrative Order No. 23-CA-037, as well as any subsequent related or cognate case.

FOR THE COURT:

Dated: June 17, 2024

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE