UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:22-cv-638 | 10/9/2024 | 1:34pm – 3:41pm | Grand Rapids | Jane M. Beckering |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Scottie Adams, et al. | Ascension Michigan, et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Noah Hurwitz | Plaintiffs |
| James Andrew Thomas, Jr. | Plaintiffs |
| Brendan John Childress | Plaintiffs |
| Allan S. Rubin | Defendants |
| Patricia Anderson Pryor | Defendants |
| Hannah Brown | Defendants |
| William Bock, III | Objectors |

**PROCEEDINGS**

**NATURE OF HEARING:** Fairness Hearing held; Order to issue

Court Reporter:   Genevieve Hamlin
Law Clerk:   M. Berger