UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTTIE ADAMS, et al.,

     Plaintiffs,

                                        Case No. 1:22-cv-638

v.

                                        HON. JANE M. BECKERING

ASCENSION MICHIGAN, et al.,

     Defendants.

_____/

## **ORDER**

On October 9, 2024, an in-person fairness hearing was held wherein this Court considered Plaintiffs' Renewed Motion for Final Approval of Class Action Settlement, Attorneys' Fees, and Litigation Expenses.  After hearing arguments from the parties, as well as from Objectors' counsel, and being otherwise fully apprised of the circumstances, this Court finds that the Settlement Agreement is fair, reasonable, and adequate, and that the Federal Rule of Civil Procedure 23 requirements to certify the class are met.  Accordingly, the Court GRANTS Plaintiff's Renewed Motion for Final Approval of Class Action Settlement, Attorneys' Fees, and Litigation Expenses and DENIES the Joint Objection to the renewed motion.

**IT IS HEREBY ORDERED** that Plaintiffs' Renewed Motion for Final Approval of Class Action Settlement, Attorneys' Fees, and Litigation Expenses (ECF No. 160) is GRANTED because the Settlement Agreement is fair, reasonable, and adequate.

**IT IS FURTHER ORDERED** that the Settlement Class is hereby certified.

**IT IS FURTHER ORDERED** that Class Counsel is hereby awarded one-third of the Settlement Fund, after the deduction of costs.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded at least $54,171.27 in litigation costs based on the September 19, 2023 Informational Invoice submitted by the Claims Administrator, as well as any future invoices submitted by the Claims Administrator for reasonably necessary costs regarding the instant Settlement Agreement, as reviewed and approved by Plaintiffs' counsel prior to disbursement.

**IT IS FURTHER ORDERED** that appropriate dismissal papers, prepared by counsel for the parties, shall be filed with the Court no later than October 21, 2024.

**IT IS FURTHER ORDERED** that the Joint Objection to the renewed motion (ECF No. 175) is DENIED.

**IT IS SO ORDERED.**

Dated:  October 9, 2024                                         /s/ Jane M. Beckering
                                                              JANE M. BECKERING
                                                              United States District Judge